# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**John M. Domurad**
**Clerk of Court**

**Maurice L. Christopher**
**Chief Deputy**

**Lori M. Welch**
**Chief Deputy**

**Federal Building and Courthouse**
**15 Henry Street**
**Binghamton, New York 13902**
**(607) 773-2893**

August 24, 2026

Daniel H. Blomberg, Esq.
Colten L. Stanberry, Esq.
Richard C. Osborne, Esq.
THE BECKET FUND FOR
RELIGIOUS LIBERTY
1919 Pennsylvania Ave, N.W.
Suite 400
Washington, DC 20006

RE: InterVarsity Christian Fellowship/USA, et al. vs. SUNY Broome Community College, et al.
NYND Case No.: 3:26-cv-1623 (MAD/MJK)

Dear Counselors:

Please be advised that the above case was filed in the Northern District of New York on August 21, 2026, in which you were listed as attorneys for Plaintiffs. You are directed to advise this Court in writing, within fourteen (14) days from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court. This means all attorneys MUST have an individual PACER account, and request admission via PACER. If you will be seeking Permanent Admission or Pro Hac Vice Admission, instructions can be found on our website at https://www.nynd.uscourts.gov/attorney-admissions. Admission forms can be found at https://www.nynd.uscourts.gov/file/attorney-admissions-application-packet. Otherwise, new counsel should file a notice of appearance as soon as possible.

The parties are advised that all future filings and inquiries should be made in accordance with its local rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

Very Truly Yours,

John M. Domurad, Clerk of Court

By: s/ Brianna Strauss, Deputy Clerk

cc: Mark R. Rienzi, Esq. (via CM/ECF)
Caleb H. Angell, Esq. (via CM/ECF)