**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INTERVARSITY CHRISTIAN FELLOWSHIP/USA and INTERVARSITY CHRISTIAN FELLOWSHIP OF SUNY BROOME,<br>*Plaintiffs*,<br>v.<br>SUNY BROOME COMMUNITY COLLEGE; THE BOARD OF TRUSTEES OF SUNY BROOME COMMUNITY COLLEGE; TONY D. HAWKINS, President of SUNY Broome Community College, in his official and personal capacities; CAROL ROSS-SCOTT, Vice President for Student Development and Chief Diversity Officer, in her official and personal capacities; and NICHOLAS M. KOCIENIEWSKI, Director of Student Activities, in his official and personal capacities,<br>*Defendants*. | Case No. 3:26-cv-01623-MAD-MJK<br><br>**DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTERESTS** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs make the following disclosures:

InterVarsity Christian Fellowship/USA has no parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock.

InterVarsity Christian Fellowship of SUNY Broome has no parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock.

Plaintiffs are not aware of any other corporation, unincorporated association, partnership, or other business entity, not a party to the case, that may have any financial interest in the outcome of this litigation.

Date: August 25, 2026

Respectfully submitted,

/s/ Caleb H. Angell
Mark R. Rienzi
Daniel H. Blomberg*
Colten L. Stanberry*
Richard C. Osborne*
Caleb H. Angell
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
Suite 400
Washington, DC 20006
(202) 955-0095
cangell@becketfund.org

*Pro hac vice application pending

*Attorneys for Plaintiffs*