**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

INTERVARSITY CHRISTIAN FELLOWSHIP/USA and INTERVARSITY CHRISTIAN FELLOWSHIP OF SUNY BROOME,

*Plaintiffs*,

v.

SUNY BROOME COMMUNITY COLLEGE; THE BOARD OF TRUSTEES OF SUNY BROOME COMMUNITY COLLEGE; TONY D. HAWKINS, President of SUNY Broome Community College, in his official and personal capacities; CAROL ROSS-SCOTT, Vice President for Student Development and Chief Diversity Officer, in her official and personal capacities; and NICHOLAS M. KOCIENIEWSKI, Director of Student Activities, in his official and personal capacities,

*Defendants*.

Case No. 3:26-cv-01623-MAD-MJK

**NOTICE OF APPEARANCE FOR COLTEN L. STANBERRY**

PLEASE TAKE NOTICE that I, Colten L. Stanberry, of the Becket Fund for Religious Liberty, 1919 Pennsylvania Avenue N.W., Suite 400, Washington, D.C. 20006, hereby appear in this case as counsel for Plaintiffs in the above-captioned matter.

Dated: August 26, 2026

Respectfully submitted,

/s/ Colten L. Stanberry
Colten L. Stanberry
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
Suite 400
Washington, D.C. 20006
(202) 955-0095
cstanberry@becketfund.org

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, a copy of the foregoing was served on all Defendants via first-class U.S. Mail.

/s/ Colten L. Stanberry
Colten L. Stanberry