**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

**AFFIRMATION OF SERVICE**

Index No.: **3:26-cv-1623 (MAD/MJK)**
Date Filed:**08/24/2026**

| | |
|---|---|
| Plaintiff(s): | **Intervarsity Christian Fellowship/USA and Intervarsity Christian Fellowship Of SUNY Broome** |
| Defendant(s): | **SUNY Broome Community College, et al** |

**Tammy Davis**, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action.

On **08/25/2026** at **4:09 PM**, I served the (8 Copies) Summons In A Civil Action; Complaint Jury Trial Demanded; Civil Cover Sheet; Instructions For Attorney's Completing Civil Cover Sheet; General Order #25 Civil Case Assignment & Filing Order Notice; Civil Case Management Plan; Consent To The Exercise Of Civil Jurisdiction By A Magistrate Judge; Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge; Notice To Parties Of Court-Directed Mandatory Mediation Program; Individual Rules And Practices Of Hon. Mae A. D'Agostino; Exhibit(s) on

**SUNY Broome Community College** at **c/o Cheryl D. Sullivan, County Attorney, Broome County Office Building, Sixth Floor, 60 Hawley Street, Binghamton, NY 13902** in the manner indicated below:

**GOVERNMENTAL SERVICE**: By delivering a true copy of said documents to **Peter Roseboom, Paralegal,** Authorized Agent. The undersigned asked the recipient if he/she is authorized to accept service on behalf of SUNY Broome Community College and received an affirmative reply. A description of Peter Roseboom, Paralegal, based on the undersigned's perception, is as follows:

Gender: **Male** Race: **White** Color of hair: **Blonde** Age: **45** Height: **5ft 4in - 5ft 8in** Weight: **100-130 lbs.**

I affirm on August 27, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

X *Tammy Davis*
Tammy Davis

**The Becket Fund for Religious Liberty**

*300687*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-1623 (MAD/MJK)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Tony Hawkins
was received by me on *(date)* 8.25.26 .

☒ I personally served the summons on the individual at *(place)* 904 Front St Binghamton NY on *(date)* 8-25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8.27.26

[signature]
*Server's signature*

John Ruggeri
*Printed name and title*

Binghamton NY
*Server's address*

Additional information regarding attempted service, etc: