AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-1623 (MAD/MJK)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Carol Ruggi 2604x
was received by me on *(date)* 8·25 .

☒ I personally served the summons on the individual at *(place)* 904 Front St Binghamton NY on *(date)* 8·25·26 ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________, a person of suitable age and discretion who resides there, on *(date)* ________, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________, who is designated by law to accept service of process on behalf of *(name of organization)* ________ on *(date)* ________ ; or

❒ I returned the summons unexecuted because ________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8·27

[signature]
*Server's signature*

John Rr Iger
*Printed name and title*

Binghamton NY
*Server's address*

Additional information regarding attempted service, etc: