Civil Action No. 3:26-cv-1623 (MAD/MJK)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Nicholas M. Kocieniewski

was received by me on *(date)* 8/24/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: Pursuant to NY CPLR § 308.2, I served Nicholas M. Kocieniewski in his personal capacity by instructing a process server to deliver a copy of the summons, Complaint, Civil Cover Sheet, Filing Order, and all filed exhibits to an eligible person at Dr. Kocieniewski's place of business (see attached proof of service) and by serving a copy of the same via first-class U.S. mail at 907 Front St., Binghamton, NY 13905 on August 26, 2026.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/27/2026

/s/ Aubrey Hirsch

*Server's signature*

Aubrey Hirsch

*Printed name and title*

1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006

*Server's address*

Additional information regarding attempted service, etc:

Case 3:26-cv-01623-MAD-MJK Document 2-4 Filed 08/24/26 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-1623 (MAD/MJK)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Nicholas Kocieniewski was received by me on *(date)* 8·25·26.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jane Doe, who is designated by law to accept service of process on behalf of *(name of organization)* secretary on *(date)* 8·26 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8·27·26

[signature]
*Server's signature*

John Russell
*Printed name and title*

Binghamton NY
*Server's address*

Additional information regarding attempted service, etc: