AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-1623 (MAD/MJK)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nicholas M Kocieniewski, Director of student activities at Suny Broome community College, in his official Capacity was received by me on *(date)* 8/28/26

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Alex Kocieniewski, spouse, a person of suitable age and discretion who resides there, on *(date)* 8/28/26 11:53 AM, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/28/26

[signature]
*Server's signature*

James Wheeler, Process Server
*Printed name and title*

7 Valleyview St, Oneonta NY 13820
*Server's address*

Additional information regarding attempted service, etc:

Description of Alex Kocieniewski: Male, white skin, brown hair, 36 yrs old, 5'11", 200+ lbs