Case 3:26-cv-01623-MAD-MJK Document 2 Filed 08/24/26 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-1623 (MAD/MJK)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Board of trustees

was received by me on *(date)* Anthony Pannicia (Board member)

☒ I personally served the summons on the individual at *(place)* 860 Hooper RD Endwell NY 13760 on *(date)* 8-28 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________, a person of suitable age and discretion who resides there, on *(date)* ________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ________, who is designated by law to accept service of process on behalf of *(name of organization)* ________ on *(date)* ________ ; or

☐ I returned the summons unexecuted because ________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-28-26

[signature]
*Server's signature*

John Rusten
*Printed name and title*

Binghamton NY 13905
*Server's address*

Additional information regarding attempted service, etc: