**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INTERVARSITY CHRISTIAN FELLOWSHIP/ USA, et al.,<br>*Plaintiffs*,<br>v.<br>SUNY BROOME COMMUNITY COLLEGE, et al.,<br>*Defendants*. | Case No. 3:26-cv-01623-MAD-MJK<br>**NOTICE OF PLAINTIFFS' EMERGENCY MOTION FOR A PRELIMINARY INJUNCTION**<br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 65(a) and Local Rule 65.1, and based upon the attached memorandum of law and its accompanying declarations and exhibits, Plaintiffs hereby apply to this Court for an order to show cause why the Court should not issue a preliminary injunction preventing Defendants from denying Plaintiffs official recognized status because Plaintiffs, as religious organizations, require that their students leaders—who are responsible for their religious teaching, prayer, and worship—agree with their religious beliefs. This denial is in violation of Plaintiffs' rights under the First Amendment of the U.S. Constitution.

Defendants denied recognized status to Plaintiffs in February 2026 and confirmed the denial again in May, rooting the denial in Defendants' policies. The 2026-27 academic year began on August 24, and Defendants' policies and actions continue to deny official recognition, with its substantial attendant benefits, to Plaintiffs. Defendants' policies and actions are thus causing irreparable harm to Plaintiffs, and Plaintiffs will continue to suffer irreparable harm on an ongoing basis until Defendants' policy and actions are enjoined. Plaintiffs therefore respectfully request an expedited briefing schedule and issuance of relief as soon as is reasonably possible. Courts regularly consider and grant preliminary injunctive relief in cases of this nature. *Hsu v. Roslyn Union Free Sch. Dist.*, 85 F.3d 839 (2d Cir. 1996); *Fellowship of Christian Athletes v. San Jose Unified Sch. Dist. Bd. of Educ.*, 82 F.4th 664 (9th Cir. 2023); *Fellowship of Christian Athletes v. District of Columbia*, 743 F. Supp. 3d 73 (D.D.C. 2024); *Bus. Leaders in Christ v. Univ. of Iowa,* No. 3:17-cv-80, 2018 WL 4701879 (S.D. Iowa Jan. 23, 2018). This motion is filed against Defendants SUNY Broome Community College, the Board of Trustees of SUNY Broome Community College, and against the individual Defendants in their official capacity only.

Plaintiffs also respectfully request oral argument in this matter. Oral argument will aid the Court in reviewing the important First Amendment rights at issue and other state and federal considerations in this case.

Respectfully submitted this 28th day of August, 2026.

/s/ Caleb H. Angell
Mark L. Rienzi
Daniel H. Blomberg*
Colten L. Stanberry*
Richard C. Osborne*
Caleb H. Angell
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
Suite 400
Washington, DC 20006
(202) 955-0095
cstanberry@becketfund.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs*