# Angell Exhibit A:

## 2026-27 Club Handbook

# SUNY Broome
# Club Handbook 2026-2027

The Club Handbook is a resource of policies and procedures for Club Officers, Members, and Advisors. The Office of Student Activities believes in the open sharing of information about policies and procedures. While it is impossible to cover all circumstances in one document, this serves as a guideline so that clubs are well informed of expectations as an officially recognized group and what they can expect in terms of support from SUNY Broome.

# Table of Contents

**1. Office of Student Activities....1**

*1.1About ....1*

*1.2 Student Activities Office Directory ....1*

**2. Clubs ....2**

*2.1 Purpose ....2*

*2.2 Open Access....2*

*2.3 Club Member Conduct....3*

*2.4 Club Leadership ....4*

*2.5 Establishing a New Student Club ....4*

2.5.1 Procedure for registering a new club. ....4

2.5.2 Potential reasons for denial of registration. ....5

2.5.3 Student Club Initiative ....5

2.5.4 New Club Funding ....5

*2.6 Re-Registering a Student Club ....6*

*2.7 Club Meetings ....6*

2.7.1 Meeting Requirements....6

2.7.2 Attendance Tracking....7

*2.8 Responsibilities of a Club....7*

**3. Budget ....8**

*3.1 Activity Fees....8*

*3.2 Activity Fee Allocation Requirements....9*

*3.3 Earned Income and Making Deposits ....10*

*3.4 Purchase Requests and Approval ....10*

*3.5 Funding Requests....11*

*3.6 Student Government Association Activities Council....12*

**4. Spending Regulations ....13**

*4.1 Club Funding Cap....13*

*4.2 Approval ....13*

*4.3 Cash Advances ....13*

*4.4 Contracts....13*

*4.5 Donations ....14*

*4.6 Gambling....14*

*4.7 Gift Cards....14*

*4.8 Food* ........ *15*
*4.9 Fundraising* ........ *15*
*4.10 Reimbursements* ........ *15*
*4.11 Shipping Costs* ........ *16*
*4.12 Travel* ........ *16*
*4.13 Tips and Gratuity* ........ *16*
*4.14 Restricted Items* ........ *16*

**5. Event Regulations ........ 17**
*5.1 Routine Meetings* ........ *17*
*5.2 Small Club Event* ........ *17*
*5.3 Large Club Events* ........ *17*
*5.4 Off Campus Club Events* ........ *18*
*5.5 Club Travel* ........ *18*
*5.6 Fundraising Events* ........ *18*
*5.7 Campus Break* ........ *18*
*5.8 Class Cancellation Policy* ........ *18*
*5.9 Event Starting and Ending Times* ........ *18*
*5.10 Other Event Policies* ........ *19*
*5.11 Holding Events* ........ *19*
*5.12 Safety* ........ *19*
*5.13 Alcohol* ........ *19*
*5.14 Audio/Visual Equipment* ........ *20*
*5.15 Bake/Merchandise Sales* ........ *20*
*5.16 Food at Events* ........ *20*

**6. Publications ........ 21**
*6.1 Postings/Flyers* ........ *21*
*6.2 Printing* ........ *21*

**7. Club Travel ........ 22**
*7.1 Travel Trip Leaders* ........ *22*
*7.2 Attendee Requirements* ........ *22*
*7.3 Travel RSVP Requirement* ........ *23*
*7.4 Transportation* ........ *23*
7.4.1 Transportation Priority ........ 23
7.4.2 Student Use of Personal Vehicles – Local/Regional Field Trips ........ 24
*7.5 Travel/Trip Purchasing* ........ *25*

*7.6 Travel/Trip Approval Process* ........ *25*

**8. Club Officers** ........ **26**

*8.1 Required Officer Positions* ........ *26*
8.1.1 President ........ 26
8.1.2 Treasurer ........ 26

*8.2 Leadership Limits* ........ *26*

*8.3 Academic Concerns* ........ *26*

**9. Advisors** ........ **27**

*9.1 Responsibilities of the Advisors* ........ *27*

*9.2 Advisor Stipend* ........ *28*

*9.3 Advisor Appointment* ........ *28*

*9.4 Advisor Qualifications* ........ *28*

*9.5 Co-Advisor* ........ *29*

**10. Club Guests** ........ **30**

**11. Club Status** ........ **31**

*11.1 Active* ........ *31*

*11.2 Frozen* ........ *31*

*11.3 Inactive* ........ *31*

*11.4 Archived* ........ *31*

*11.5 Temporarily Suspended* ........ *31*

**12. Club Sponsorship** ........ **33**

*12.1 Sponsored Clubs* ........ *33*

*12.2 Unsponsored Club* ........ *33*

**13. Anti-Hazing Clause** ........ **34**

*13.1 Definition* ........ *34*

*13.2 Reporting Hazing* ........ *35*

*13.3 Amnesty Related to Hazing Reports* ........ *35*

*13.4 Investigation Process* ........ *35*

# 1. Office of Student Activities

## 1.1About

The Office of Student Activities is responsible for the oversight and support of all clubs and campus recognized organizations. The Office of Student Activities strives to support student clubs in all ways. The Office of Student Activities will:

- Ensure clubs and organizations are operating within the fiscal and conduct policies and procedures of the Student Activities Program.
- Assist clubs in becoming and maintaining institutional recognition, as well as assist with planning events, elections, or club activities.
- Reserve spaces for all club events and meetings entered into The Swarm.
- Help administer all payments to and from the Faculty Student Association (F-SA).
- Support club officers, members, and advisors as needed.

During the academic year, the office is open from 8:30 a.m. to 4:30 p.m., Monday through Friday. Summer hours are from 8:00 a.m. to 4:00 p.m. Monday through Friday. Making an appointment is highly recommended although walk-ins are welcome when scheduling allows.

The Office of Student Activities is located in The Commons, Room 108.

The staff in the Office of Student Activities are here to help students achieve success. Please contact us if you need any assistance!

## 1.2 Student Activities Office Directory

Director:
Nick Kocieniewski, PhD
he/him/his
Phone Number: 607-778-5380
Office Location: The Commons 108B
kocieniewskinm@sunybroome.edu

Staff Assistant:
Rae Palmer, MA
she/her/hers
Phone Number: 607-778-5540
Office Location: The Commons 108A
palmerrl@sunybroome.edu

*All sections of this handbook are subject to change by the Associate Vice President for Student Development and Dean of Students or designee.

# 2. Clubs

## 2.1 Purpose

The purpose of a club is to offer students the opportunity for leadership and personal exploration outside of the classroom. These experiences often lead to students discovering new passions or gaining skills that they may use to transfer to other institutions and job applications. In addition, clubs often help students feel at home in an environment that may otherwise feel foreign or intimidating.

## 2.2 Open Access

While some clubs may have an academic focus, they serve as a venue for students to experiment with personal interests. Clubs, even those that are closely related to academic programs at SUNY Broome, should never be tied to, influenced by, or have impact on academic work in any way.

Officers and Advisor(s) are elected and removed by a vote of the members of that club. Meetings, events, and activities are discussed, agreed upon, and executed by the student officers and members. Advisors/co-advisors are not able to vote or nominate students for leadership positions.

All clubs must be voluntary affiliations. The decision of whether or not to hold membership is at the discretion of the student. There shall be no negative impact on the student, academically or within SUNY Broome in any other manner, if one chooses not to be a part of the group.

No club may charge dues and/or require a membership in any professional association requiring dues. Club membership and participation in any club function must be free to any student paying the Student Activities fee.

Advisors who have club members as students, athletes, or employees are encouraged to have this conversation explicitly with students, making it clear that they are welcome to leave the club as they choose, with no negative impact in the other areas of contact that the Advisor has with them. If there are concerns about reprisal of this kind, please report this to the Office of Student Activities immediately.

Clubs may not discriminate against any student for membership or executive board positions in any way. This includes, but is not limited to, discrimination on the basis of race, color, ethnicity, religion, citizenship status, sex, gender, gender identity, gender expression, sexual orientation, veteran status, physical or mental disability

or age. Any student that pays the Student Activity fee must be eligible for membership. Any student that pays the Student Activity Fee and has the minimum GPA outlined in this handbook must be eligible for an executive board position.

#### 2.2.1 Open Access Constitutional Requirement

To emphasize the Open Access requirement, clubs are required to include the following article in club constitutions:

Article Name: Open Access

SUNY Broome Community College does not discriminate on the basis of race, sex, color, creed, religion (including religious attire, clothing or facial hair), age, national origin, disability, marital status, sexual orientation, gender identity, transgender status, pregnancy, predisposing genetic characteristics, domestic violence victim status, military status or status as a disabled veteran or veteran of the Vietnam era in the recruitment of students; the recruitment and employment of faculty and staff; or the operation of any of its programs and activities. In this context, sexual discrimination includes sexual harassment and sexual violence. State and federal laws apply where relevant.

As such, [INSERT CLUB NAME] does not discriminate against any student who has paid the SUNY Broome Student Activity fee. This includes eligibility for membership, voting privileges, leadership opportunities, executive board positions, event attendance, travel opportunities, or any other club related function.

Anti-discrimination resources are available at sunybroome.edu/anti-discrimination.

### 2.3 Club Member Conduct

Students are expected to adhere to all regulations in the Student Code of Conduct. The Student Code of Conduct is applicable to on and off-campus activities. All members are expected to abide by the code of conduct and will be adjudicated per procedures, regardless of membership status. Clubs will be held responsible for the behavior of its members at the discretion of the Director of Student Activities and the Associate Vice President for Student Development and Dean of Students.

Students found responsible for violations of the Student Code of Conduct may be restricted from joining, maintaining club membership, or holding leadership positions as part of the sanctions at the discretion of the Student Conduct Process. Any appeal will follow the policies and procedures outlined through Student Rights and Responsibilities.

#### 2.3.1 Academic Focus

Students are to prioritize academics above club membership and leadership. It is not permitted to miss classes to attend club meetings, events, or functions. Students with concerning Academic Alerts in Civitas may be temporarily restricted from club activity until the concerns are resolved.

## 2.4 Club Leadership

Students serving in any executive role are considered part of the club leadership. This includes, but is not limited to, presidents, treasurers, and any positions beyond member as defined by the club's constitution.

Student Activities only requires a president and a treasurer. One student may not serve as both president and treasurer for the same club. Co-presidents and/or co-treasurers are permitted.

Club leaders must have a minimum 2.25 cumulative GPA in order to serve. First semester students are permitted to serve but must earn a minimum of 2.25 GPA at the end of their first semester.

Club leaders must also meet the Successful Accumulation of Credits as outlined in the SUNY Broome Standards for Academic Progress policy (policy no. AA4007.)

Club leaders are expected to prioritize academics over club functions. Club leaders that show academic concerns may be removed from leadership positions as a result. Academic concerns include, but are not limited to, the following:

- Mid-term GPA below the requirement.
- Academic Alerts raised in Civitas that are not resolved in a timely manner.
- Class attendance concerns that show a prioritization of club functions over academics.

Club leaders showing academic concerns will be contacted by the Director of Student Activities in advance of any potential removal from leadership.

Students that are administratively removed from a leadership position may appeal to the Dean of Students by email within14 calendar days of notice of removal.

## 2.5 Establishing a New Student Club

#### 2.5.1 Procedure for registering a new club.

In order to start a club, follow the steps below:

1. Gather at least 5 total students to be members (yourself and 4 other people). Be sure you have their SUNY Broome email addresses! Talk with the faculty and staff of SUNY Broome for an advisor.

2. Write a club constitution, indicating the unique purpose of the club. A template can be found here.
3. Submit a registration through The Swarm. When submitting, you'll be asked to invite the interested members and to write the About section of your page.
4. The Director of Student Activities will review the submission and ensure the submitted constitution complies with all requirements in this handbook.
5. Once the constitution is approved by the Director of Student Activities, the Student Government Association (SGA) Vice President of Student Affairs will review the constitution in consultation with any applicable committees formed by the SGA.
6. The club registration will be placed on the agenda for an SGA General Assembly Meeting. This will be noted when scheduled on the registration form on The Swarm. Club members may be asked to attend, but are not always required.
7. The SGA formally votes on recognition. If voted in favor, the club is officially recognized the day of the vote.

**2.5.2 Potential reasons for denial of registration.**

New club proposals may be denied for any of the reasons below:

a. Similar groups already exist on campus.
b. Inappropriate focus of the group.
c. Existence of the group unduly burdening/marginalizing other SUNY Broome students.
d. Submitted constitution does not comply with this Club Handbook.
e. Submitted executive board members do not qualify for club leadership as outlined in Section 2.4 of this Club Handbook.

It is understood that students' interests changes with the enrollment of new students. Clubs will never be given priority due to any seniority, longevity, or membership. New clubs will be respected and treated as any other.

**2.5.3 Student Club Initiative**

Clubs must be started and led by students of SUNY Broome who have paid the Student Activity Fee. Advisors serve only in a guiding role and should not be a main driving force for any club or organization. Should concerns arise, students should speak with the Director of Student Activities.

**2.5.4 New Club Funding**

Newly recognized clubs must meet in person or online at least two times before being eligible to receive funding from the Student Activity Fee. Meetings must comply with section 2.7 of this Club Handbook. Once the requirement is met, funding will be allocated based on the date the club was formally recognized by the SGA according to the following schedule:

**Fall Semester 2026**

- Before mid-semester break (October 12, 2026): $500
- After mid-semester break/before Thanksgiving break (October 13-November 25, 2026) $400
- After Thanksgiving break/before the end of the semester (November 28-December 14, 2026): $300

**Spring Semester 2027**

- Before mid-semester break (February 15, 2027): $250
- After mid-semester break/before spring break (February 16- March 22, 2027): $200
- After spring break/before May 1 (March 23-May 1, 2027): $100
- After May 1, 2027: $0

New clubs may have access to an Earned Income Account if requested after meeting in person or online at least two times.

## 2.6 Re-Registering a Student Club

Each year, during the first three weeks of the fall semester, all clubs must re-register to keep the club in "Active" status (status explained in more detail later on in the document). To facilitate this process, the Office of Student Activities will send registration forms via email to all Officers and Advisors. Forms will also be posted on the main page of The Swarm for open access. Annual registration is to ensure that club/org information is up to date, as well as ensuring that any changes to policies or procedures with the program have been shared with the group. Club re-registration should be completed by a student.

## 2.7 Club Meetings

Meetings are a time for members and officers to make plans, voice opinions, and carry forth the business of the organization.

### 2.7.1 Meeting Requirements

Club meetings must be submitted through The Swarm as an event at least four class days prior to the first meeting. Meetings during the first two weeks of the semester are exempt from the advance submission requirement.

When submitting the event, the visibility may not be set to "Invited Users Only." It is recommended to post to "Students and Staff at The Swarm" when using virtual meeting spaces to avoid unwanted attendees from joining.

It is recommended to use Google Meets for virtual club meetings. Meeting links should be generated through a SUNY Broome email account.

All meeting dates for the semester may be submitted using the “Add Additional Dates” feature on the Event Submission.

Clubs must meet on campus or virtually a minimum of three times a semester to remain active. Meetings cannot overlap classes or any academic function.

**2.7.2 Attendance Tracking**
It is strongly recommended for clubs to track attendance at all meetings through The Swarm. Instructions on how to do so are available here.

Club meetings that serve food paid for through the Student Activity Fee in excess of $75 are required to track attendance through The Swarm within 3 class days of the meeting.

Sign-in sheets are available from the Student Activities Office. Once completed, sign-in sheets can be submitted to Student Activities for assistance with data entry.

ID Scanners are also available by request from Student Activities. Scanners can be picked up the day of the meeting and must be returned the following class day. Only club leaders/advisors may pick up an ID scanners.

## 2.8 Responsibilities of a Club

- Adhere to all local, state, and federal laws and regulations, and the Campus Code of Conduct.
- Manage college resources wisely, ethically, and according to college and department guidelines.
- Operate in a manner consistent with the goals and standards of the college.
- Remain in good standing (active) with SUNY Broome.
- Adhere to Non-Discrimination policy outlined in club registration, as well as student code of conduct.

# 3. Budget

Club budgets are funded by the Student Activity Fee. SUNY Broome strives to follow state and federal guidelines on the use and distribution of these funds. All clubs have two budgets: Activity Fee and Earned Income. This is considered the total Operating Budget. The two budgets have slightly different regulations dictating how the funds can be used. Student organizations are stewards for all students who have paid a Student Activities Fee. Funds distributed are not personal or departmental funds. All organizations, their members, and advisors are expected to abide by the policies and guidelines outlined to ensure the safety, integrity, security, and use of funds. Failure to follow the policies and guidelines outlined in the handbook will result in Student Activities not being able to fund or reimburse purchases.

1. In order to spend from either of these budgets, the club must have current Constitution.
2. Constitution must be entered during the first 3 weeks of the fall semester when the club registers on The Swarm.
3. New clubs must create constitution before being recognized as a club.
4. Funds cannot be used for “Personal Gain”, although they can be used for “Personal Development”.
    a. An example would be that a group could decide to travel to a professional conference in order to expose members to helpful lectures and sessions that deal with the club’s interest. Funds cannot be used, however, for an exam like the GRE’s, Health Science Exams, or LSATS. Funds also cannot be used for certifications, certification exams, or preparation courses.
    b. Any non-perishable items purchased such as books, movies, and equipment belong to the club. Such items should be inventoried, enabling them to be used for club interests in future years. Questions regarding this policy should be directed to the Director of Student Activities.
    c. Gifts for members (such as clothing or stationery materials) can be purchased if branded and used for marketing purposes. Clubs may not use more than 30% of their Activity Fee on gifts for members without prior approval by the Director of Student Activities. Any gifts purchased must be given to all active members equally that meet the membership criteria in the club constitution/constitution.
    d. Food for regular club meetings is permitted following all food policies outlined in this policy manual.

## 3.1 Activity Fees

1. Activity Fees for clubs and organizations come from the Student Activity fee that is charged to students.
2. The money collected for clubs from this fee must be spent in the same academic year.
    a. Since no fee is collected during the summer terms, the money is only available from the first week of classes in the Fall semester to the last day of classes in the Spring semester. Any expenditures outside of this range must be pre-approved by the Director of Student Activities.
3. Any unspent money from the Activity Fee is transferred back to the general Student Activities fund.
4. Any money expended from the Activity Fee for fundraising purposes must be reimbursed to the Activity Fee before money is deposited into its Earned Income account.
    a. (e.g. If $100 is expended to purchase candy bars for a candy bar sale/fundraiser for the club, and the club then earns $300 from the sale, the original $100 must go back into the Activity Fee, and the remaining $200 goes into the Earned Income account.)
5. Club Funding Cap - In an effort to ensure equity and inclusion, thus engaging more students in extra- and co-curricular activities, club budget allocations are equal for all active clubs. Clubs have the opportunity to fundraise in an effort to increase funding for programming and other organization activities. Clubs are also encouraged to submit Funding Requests or Budget Requests when planning campus events.

## 3.2 Activity Fee Allocation Requirements

Sponsored clubs must meet the following requirement to qualify to receive an allocation from the Activities Fee:

- The club must be re-registered on The Swarm within the first three weeks of the semester. Re-registrations can only be submitted by students.
- The President, Treasurer, and Advisor have read, reviewed, and accepted the Terms and Conditions.
- All club leaders have completed the Title VI training on Brightspace.
- A treasurer has attended a Treasurer Training

Sponsored Clubs will earn an allocation of up to $500 per academic year. Clubs that are registered after the advertised window at the start of the fall semester may receive a reduced allocation.
Newly recognized clubs will receive a stipend based on the following schedule of when recognized:

| Fall Semester | Allocation |
|---|---|
| Before Mid-Semester Break | $500 |
| After Mid Semester Break/Before Thanksgiving Break | $400 |

| | |
|---|---|
| After Thanksgiving Break/Before End of Semester | $300 |
| **Spring Semester** | |
| Before Mid Semester Break | $250 |
| After Mid Semester Break/Before Spring Break | $200 |
| After Spring Break/Before May 1st | $100 |
| After May 1st | $0 |

## 3.3 Earned Income and Making Deposits

1. The major difference between Activity Fees and Earned Income money is that Earned Income money stays in the club account from year to year for use by future club leaders and members.
2. All earned income is to be deposited in a club's earned income account, which is held with the F-SA. No separate off-campus financial accounts will be allowed for any group that receives Student Activities Fees money.
3. All collected monies must be deposited through the F-SA within 1 business day of transaction. Clubs are expected to track and record deposits and turn that in to the Student Activities Office.
4. Cash from fundraisers cannot be held longer than the duration of the fundraiser and must be deposited with F-SA.
5. If it is determined that a club or organization has an off-campus account, the organization runs the risk of being deactivated and losing its funding.
6. Earned income can be spent at the club members and advisors' discretion. This includes utilizing these funds on professional development, exam preparation courses, academic conferences, personalized club merchandise, and donations. Spending of the club's earned income on alcohol, tobacco, and/or marijuana is prohibited.

## 3.4 Purchase Requests and Approval

1. **<u>No purchases will be reimbursed without prior approval of a Purchase Request in The Swarm. This includes both the club's Activity Fee Account and Earned Income Account.</u>**
2. Purchases must support the mission and objective of the organization.
3. After the request is entered, the approval process starts with the following stages of approval:
    a. The club treasurer who has been trained by Student Activities and appointed to the position on the club's roster.
    b. The club advisor
    c. Director of Student Activities
4. Unsponsored clubs may opt out of the treasurer requirement by contacting the Director of Student Activities.

5. The request will then be reviewed by the Director of Student Activities and Faculty-Student Association for final approval and payment.
6. Student Activities has a Sam's Club, BJ's and Amazon Prime membership for clubs to utilize.
7. Checks are processed by the F-SA. When cut, the checks will be mailed out or held at F-SA for pickup, based on the requester's preference as noted in the purchase.
8. Purchases are audited to ensure that funds go to support the members of the organization. In some instances, before processing, more information will be required for ultimate approval.
9. All purchases must be New York State Tax Exempt. If a receipt is submitted for reimbursement, any tax charged will not be reimbursed.

Once a Purchase Request has been approved, arrangements should be made to meet with Student Activities to complete the purchase. Club members are not permitted to make purchases on their own unless given clear permission from the Director of Student Activities and noted on the Purchase Request. Any receipts submitted without approval will not be reimbursed.

## 3.5 Funding Requests

All student clubs that meet the eligibility requirement during the academic year are given a standard allocation of up to $500 from the Student Activities Fee. For expenses beyond the $500, clubs may request additional funds by submitting a Funding Request.

Funding Requests can be accessed via the Finance Module on The Swarm. Those with Full Finance Access on the roster have the ability to access and submit Funding Requests.

Once a Funding Request is received, it is sent to the Student Government Association Vice President of Student Affairs for initial review amongst the Student Government Association Finance Committee. The committee meeting is not open to the public. The Vice President of Student Affairs may ask the submitter questions and may request to meet to review the request.

The Funding Request is then presented to the full Student Government Association during a General Assembly meeting for review. The Student Government Association will review, and recommend actions.

Funding requests may be funded in full, in part, denied, or approved with contingencies.

Any money granted by a Funding Request will be transferred to the club's Activity Fee Account and requires a Purchase Request to be spent. All purchasing policies apply for money granted via a Funding Request.

Surplus money from a Funding Request will be reclaimed by the Finance Committee after the conclusion of expenses. Example, a request was granted for $1,000 for catering at an event, but all purchases totaled only $800, the remaining $200 will be reclaimed by Student Government Association.

Please note, it may take up to three weeks for review of the Funding Request. Review will **not** be expedited for any reason.

## 3.6 Student Government Association Activities Council

Clubs are encouraged to collaborate with Student Government Association and the Activities Council for events that may require a larger budget.

# 4. Spending Regulations

## 4.1 Club Funding Cap

In order to receive the Activity Fee, clubs must re-register on The Swarm on during the first three weeks of the semester. Late re-registrations will be reviewed by Student Government Association. Activity Fees may be rescinded if a club becomes Inactive during a semester. One full semester of inactivity (no regularly scheduled meetings, events, or usage of any funds) may result in a stipend being rescinded. Club advisor(s) and/or the Primary Contact will be notified prior to any funding changes. Once all requirements have been met, every sponsored and recognized club receives a base allocation of $500 for the Activity Fee Account, prorated to the date of recognition as outlined in Section 2.5 of this Handbook.

## 4.2 Approval

Prior approval through a Purchase Request is required from the Director of Student Activities for any money spent, including both the club's Activity Fee and Earned Income account.

Club members and advisors are **not** permitted to make any financial agreement on behalf of the club. This includes written (contract, agreement, and/or price quotes,) and verbal agreements. Club members or advisors that make financial agreements without proper approval may be liable for the full costs associated with the agreement.

***Reimbursements will not be granted without prior permission.***

For any reimbursement to take place, a Purchase Request must be submitted and approved with the requested amount being a "Do Not Exceed" amount. Approval for the reimbursement must be in writing prior to the expense being incurred.

## 4.3 Cash Advances

Cash advances are available only to club advisors in special circumstances. Any excess funds must be returned to Student Activities within three (3) business days of the purchase along with the receipt. If receipts are not returned, the club may be frozen and lose purchasing permissions. Cash advances cannot exceed $150 at a time.

## 4.4 Contracts

All contracts pertaining to the engagement of services (e.g. catering, buses, venue rental, etc.) or entertainment (e.g. bands, hypnotists, personalities, etc.) must be given to the Director of Student Activities for review and signature. Please note that

contracts often take a long time to be processed and negotiated. No payment for services will be processed if the contract has not been signed.
Club members and advisors are not permitted to make any agreement on behalf of the club, Student Activities, or SUNY Broome and may not sign any contracts or make verbal agreements.
If a document is signed or a verbal agreement is made by a club member or advisor, the person who signed or made the agreement may be fully financially responsible for all costs and clauses of the contract.

## 4.5 Donations

Activity Fee funds may not be used for donations or community benefits. This includes directly giving money to any external organization as a donation or purchasing items that are intended to be given to an external organization as a donation.

Clubs are permitted to accept donations. All donations will be deposited into the club's Earned Income Account.

Donations are accepted in cash and/or check. Checks should be written payable to "Faculty-Student Association of Broome Community College" with the club's name in the memo.

Cash must be taken directly to Student Activities or the F-SA. A receipt will be written at the time of deposit.

## 4.6 Gambling

New York State requires a permit for gambling activities. Since raffles and other games of chance are considered a form of gambling, clubs must contact the Office of Student Activities if attempting to hold a game of chance.

## 4.7 Gift Cards

Prior approval for purchases of gift cards must be obtained by the Director of Student Activities. When submitting paperwork to The Swarm, it must include the names of the individuals receiving these Gift Cards.
Gift Cards may not:

- be utilized as a stipend or gift for Officers, Members, or Advisors.
- be a reusable or "reloading" Gift Card.
- be purchased for any store or venue that sells alcohol, tobacco, and/or marijuana.
- be given to anyone that is not an active SUNY Broome Student with a B#.
- be purchased with a value above $50

If available, digital gift cards sent via email are required instead of physical gift cards. Gift cards can only be sent to a student's SUNY Broome email address.

If a physical gift card is the only option, a gift card claim form must be signed by the recipient. Physical gift cards will be held by Student Activities until the claim form is signed.

## 4.8 Food

Ordering through the Student Activities Office can be done using Campus Dining Services. Any food order must be associated to an approved event in The Swarm.

All prepared foods being served on campus must be purchased through American Dining Creations unless permission is granted by the management of SUNY Broome's Dining Facilities.

Food orders through Campus Dining Services are placed by submitting a Purchase Request on The Swarm. Details of the order should be included in the Purchase Request description.

Packaged foods can be purchased through off campus stores. Student Activities has paid memberships with Sam's Club and BJ's Wholesale. Bulk orders are encouraged when possible. Orders for packaged foods are placed by submitting a detailed Purchase Request through The Swarm. Once ready to approve, someone from Student Activities will reach out to arrange a date and time for a club member to pick up the order. Delivery options may also be available for packaged foods; however, delivery often will take longer.

Any event/meeting with a catering order above $75 must track attendance in The Swarm.

## 4.9 Fundraising

Any Activity Fee funds that are used to execute fundraising activities must be reimbursed to the Activity Fee account. After reimbursement, any profits from the activity must be placed in the club's Earned Income account through F-SA within 1 business day of collection, unless the event was a weekend/holiday event. In such case, the deposit must be made at the next business day. Failure to deposit funds may result in the deactivation of the club/organization.

## 4.10 Reimbursements

In order to be reimbursed, a Purchase Request must be approved <u>before</u> the purchase is made. Reimbursements requested without prior approval will be denied. Whenever possible, purchases should be arranged through a check, credit

card purchase, or a purchase order. Checks for reimbursement will not be cut until receipts have been submitted to F-SA or the Director of Student Activities.

If receipts are not turned in within 5 business days of the purchase date, the reimbursement may be denied.

## 4.11 Shipping Costs

Student Activities will only pay the cheapest reasonable shipping rate for any club purchases using the club's Activity Fee.

Express shipping costs may be paid out of a club's earned income if needed.

Express shipping costs that exceed 70% of the cost of goods will not be permitted.

## 4.12 Travel

The Student Activity Fee may not be used for selective travel. The travel event must be advertised to the entire campus with all seats available at the time RSVPs open. Trips/travel with pre-selected attendees cannot be funded by a club's activity budget.

## 4.13 Tips and Gratuity

Tips and gratuity expenditures are limited to a maximum of 25% of the bill for hospitality, and 5% or up to a maximum of $40 for others (bus drivers, etc.).

Restaurants are the most common approved reimbursement expenses. For reimbursement of full amount paid, including tip, a credit card proof of payment may be required along with an itemized receipt.

## 4.14 Restricted Items

Student Activities funds (both Activity Fee and earned income) cannot be used for the purchase of alcohol, tobacco, and/or marijuana or any purchase that may be used to purchase restricted items (e.g. a Visa gift card.)

Restaurant receipts submitted with alcohol purchases will be denied in full.

# 5. Event Regulations

All events must be submitted through The Swarm following the guidelines below depending what category of event the club wishes to plan. For the purposes of this policy, an event includes any formal gathering of club members including general member meetings and executive board meetings.

## 5.1 Routine Meetings

For any routine club member meeting, an event submission must be completed through The Swarm at least four class-days prior to the first meeting. Club meetings during the first two weeks of the semester are exempt from the advance submission requirement.

The submission should include every meeting in one submission, using the “Add Additional Dates” feature.

Meetings may not be submitted visible to “Invited Users Only,” unless the meeting is a separate executive board meeting. Executive board meetings do not count towards club activity for the semester, however.

Meetings with virtual meeting locations (e.g. Zoom or Google Meets,) may not be posted visible to “Public,” and instead must be submitted as “Students and Staff at The Swarm” or “Organization Members Only.” This is to avoid unwanted individuals from obtaining meeting links and joining.

Please notify Student Activities if canceling a meeting.

## 5.2 Small Club Event

A club sponsored event that is expected to have 30 or fewer attendees is considered a small club event. Small Club Events should be submitted through The Swarm at least 1 week in advance. Small Club Events do not require a staff member to be present.

## 5.3 Large Club Events

A club sponsored event that is expected to have over 30 attendees and/or has a budget over $1,500 is considered a Large Club Event. A Large Club Event must have a staff member in attendance for the full duration of the event including setup and tear down. A Large Club Event must be submitted through The Swarm no less than 2 full weeks prior to the proposed event. Public Safety may be required to be present at the event. Any costs incurred by Public Safety can be paid out of the club’s Activity Fee. Large Club Events will require a pre-event meeting with the Director of Student Activities.

## 5.4 Off Campus Club Events
For safety and security reasons, club functions or events are not permitted at private residences.

## 5.5 Club Travel
Any travel off campus as a club must be requested at least 1 full month in advance. This includes any trip with overnight accommodations, college provided/arranged transportation, and/or a predetermined list of attendees. Club travel must follow all requirements set through applicable College Policies.

*Further information on Club Travel is covered further in Section 7 of this Handbook.*

## 5.6 Fundraising Events
Any club wishing to host a fundraising event, whether the money collected is intended to be deposited into the club's Earned Income Account or to be donated to a non-profit, should submit the event through The Swarm no later than 2 full weeks prior to the proposed event. A cash box and petty cash can be signed out through Student Activities. Fundraising events held off campus are held subject to the Off-Campus Club Events policy.

## 5.7 Campus Break
Weekly meetings, rehearsals, practices, and on campus events are not to take place during campus breaks. Off campus trips or conference attendance may occur during campus breaks with at least thirty (30) days advance request through The Swarm.

## 5.8 Class Cancellation Policy
In the event of inclement weather, The College may decide to cancel classes. It is recommended that all clubs either cancel, reschedule, or switch to virtual meetings. Campus buildings may be closed if classes are canceled. Club events may be permitted to continue with approval from the Director of Student Activities on days when classes are canceled.

## 5.9 Event Starting and Ending Times
Club events must start as close to the advertised starting time as possible. Events will be canceled by default if the event does not start within twenty (20) minutes of the advertised starting time unless the reason for the delay is not the fault of the sponsoring club(s.) Events should end no later than the time specified on the original request.

## 5.10 Other Event Policies

For all events, student groups must abide by the following policies:

- No full-face masks are permitted at any time on campus.
- For events with a check-in, all student staff working the event must abide by the same check in policies as the guests.
- Copyright laws must be followed at all times. This includes movies shown on campus.
- Attendance tracking via The Swarm card scanning is recommended for all non-meeting events.

At all times during an event, Student Activities staff and club advisor(s) reserve the right to refuse entry to students on extenuating circumstances. Student Activities staff and club advisor(s) reserve the right to end events early due to violations of any of these written policies or due to an incident. The decision of the Student Activities staff and club advisor(s) is final.

## 5.11 Holding Events

Clubs are not allowed to hold events that are open to the general public by themselves. On some rare occasions, a club may partner with the Office of Student Activities to hold events that are open to the public, but this must be discussed well in advance with the Office of Student Activities.

- Staffing may be required for on-campus event. This is often the club advisor(s) but may be other SUNY Broome faculty/staff with the approval of the Director of Student Activities.
- All room reservations for activities and events must be made by utilizing the Event section of The Swarm.
- All events must be open to the entire SUNY Broome student body, be advertised in advance on The Swarm, and provide priority admission to SUNY Broome students.

## 5.12 Safety

If an event is open to members of the community and non-students, security may be required. Security services costs are borne by the sponsoring organization. It is at the discretion of the Director of Student Activities in consultation with Campus Safety to determine if extra security, beyond campus peace officers, will be required.

## 5.13 Alcohol

The consumption of alcoholic beverages at club events is prohibited, unless an Advisor discusses the reasoning with and receives approval at least 1 month in advance from the Director of Student Activities. (Must be within SUNY Broome policy guidelines.) Club budgets cannot be used to purchase any alcohol.

## 5.14 Audio/Visual Equipment

Some equipment is available upon request and will be checked out to the club as needed. The club is responsible for all damage to equipment while it is checked out, and is subject to charge in order to repair or replace when necessary. Clubs must contact the Office of Student Activities to checkout equipment.

## 5.15 Bake/Merchandise Sales

All sales are entered into The Swarm similar to any other event. A cash box can be made available through the Office of Student Activities if requested at least 24 hours in advance. The cashbox will not have any money inside of it prior to being loaned out. Bake sales are for baked or packaged goods only. Recognized organizations are permitted to reserve space and offer sales that adhere to Broome County Food Safety standards found at www.gobroomecounty.com/eh/food. The deposit from the proceeds of the sale must be made within one business day of the sale. The deposit should be made directly with F-SA. Funds used from the Activity Fee to purchase goods for sale must be reimbursed to the Activity Fee account before profits will be deposited into the Earned Income Account.

## 5.16 Food at Events

American Dining Creations is the first point of contact for all prepared food being served on campus. If the club or organization's needs cannot be met by American Dining Creations, in consultation with the Director of Student Activities, the group may seek off-campus catering options.

# 6. Publications

## 6.1 Postings/Flyers

a) Before posting, club flyers, public handouts, and brochures must be approved by the Advisor and the Office of Student Activities. Flyers must be stamped before being posted on any campus bulletin board.
b) Clubs may submit flyers through the form on The Swarm. (Go to the Student Activities Organization Page for the link to the form.)
c) Paper flyers can be brought to Student Activities for copying.
d) Flyers for club advertisement are permitted to be displayed for up to one semester at a time. All meetings must be submitted and approved via The Swarm if noted on flyers.
e) Flyers must comply with all Title II regulations. As such, AI-generated flyers that are not editable are not accepted.

## 6.2 Printing

- Sponsored clubs can submit flyers or other materials to be printed by Student Activities for no cost by utilizing the Student Activities Club Print Request form on The Swarm.
- Flyers may also be submitted through the Event Form as part of the request process.
- Please allow at least 5 class days for printing.
- Color printing is permitted for club flyers and small print requests. Grayscale printing may be the only option available for larger requests.
- Printing other than flyers will be made available for pickup at Student Activities. Flyers will be posted by Student Activities.

# 7. Club Travel

Any event that takes place off-campus that includes overnight accommodations, college provided/arranged transportation, and/or off campus activity is considered Club Travel.

NOTE: This section is subject to change to meet any College Policies and Procedures that are approved by The Board.

## 7.1 Travel Trip Leaders

- All club travel must include a Trip Leader.
    a. While often the Trip Leader is the club advisor, it is not a requirement. However, the club advisor must approve of the organization's travel plans.
    b. The Trip Leader must be an employee of SUNY Broome and/or affiliated company (i.e. F-SA) and not be under disciplinary investigation of any kind, etc.
    c. The number of Trip Leaders required for travel is shown in the table below:

| Number of Students | Minimum Trip Leaders | Maximum Trip Leaders** |
|---|---|---|
| 1-24 | 1 | 3 |
| 25-49 | 2 | 4 |
| 50-74 | 3 | 5 |
| 75-100* | 4 | 6 |

    *Trips with more than 100 students must consult with the Director of Student Activities for the minimum required Trip Leaders. Trip Leader requirements may be altered at the discretion of the Director of Student Activities.
    **Maximum Trip Leaders apply when Activity Fees are being utilized. Clubs may elect to sponsor additional Trip Leaders when utilizing Earned Income.
- Club members must adhere to the tenets of the SUNY Broome Student Code of Conduct. Violations of the Code of Conduct will be enforced in the same manner as if violations happened on campus. Even in another state or country, a club member is expected to adhere to New York and United States Law.

## 7.2 Attendee Requirements

- All attendees on travel must be currently enrolled students of SUNY Broome. Guests or alumni are not permitted to travel on any club trip. All attendees

must be in good academic and disciplinary standing as outlined by the trip leader requirements.
- Trips/travel may take place in between semesters. All attendees on trips between semesters must be enrolled in a future semester in order to attend.
- Trips with limited seats available must fairly offer seats to club members.
- Some trips may have a minimum age requirement due to the intended location of travel and/or liability purposes. In these cases, the Director of Student Activities will inform the advisor(s) and members during the planning process.

## 7.3 Travel RSVP Requirement

For all travel events, students must RSVP and include all required information via The Swarm.

Student Activities will edit the event submission to include the following required information:
- Travel Agreement/Release
- Attendee's cell phone number
- Attendee's emergency contact name and phone number
    - Emergency contact information may not be another attendee on the same trip.
- Agreement for conduct record release.

The RSVP must be completed at least one full business day prior to the travel departure for a student to be able to attend or at the otherwise designated deadline.

## 7.4 Transportation

To promote safe and consistent travel practices, SUNY Broome establishes the following prioritized framework for transporting students to and from approved travel destinations. This Transportation Priority Order is intended to ensure that the safest and lowest-risk transportation options are used whenever possible for College-authorized travel.

### 7.4.1 Transportation Priority

When transportation is arranged by the College, the following order of priority must be followed unless an exception is approved in writing.

**#1 Priority: Contracted International Travel Providers**

For student international travel or study abroad experiences, transportation must be arranged by the College Purchasing Office through a contracted third-party travel agency or provider.

**#2 Priority: Contracted Long-Distance Transportation**
For student travel that is considered long distance (more than 250 miles one way), transportation must be arranged by the College Purchasing Office through a contracted third-party transportation company.

**#3 Priority: Contracted Regional or Local Transportation**
For student travel that is regional (more than 75 miles and less than 250 miles one way) or local (less than 75 miles one way), transportation should be arranged by the College Purchasing Office through a contracted third-party transportation company whenever available.

**#4 Priority: College Vehicle with College Driver**
If a third-party transportation provider is not available for local travel (less than 75 miles one way), a College-owned or College-leased vehicle may be requested and scheduled. These vehicles must be operated by a College-employed driver position.

**#5 Priority: College Vehicle with Authorized College Employee Driver**
If neither a third-party transportation company nor a College-employed driver is available, a College-owned or College-leased vehicle may be operated by a College employee (faculty or staff member) who has been pre-approved and authorized by the College to transport students. Such authorization includes verification of the employee's driving record and any required institutional approvals.
Under this priority, College employees may transport students for local travel (less than 75 miles one way).

In extenuating circumstances or special situations, a pre-approved College employee driver may be authorized to transport students for regional travel (less than 250 miles one way) with written approval from the appropriate College authorities.

**7.4.2 Student Use of Personal Vehicles – Local/Regional Field Trips**
Students may choose to use their own personal vehicles to travel to an approved destination or activity location only with prior knowledge and approval of the College designee. While College-arranged transportation may be used for some activities, student self-transportation may be appropriate for certain local travel experiences such as field trips or course-related activities.
The use of personal vehicles for College-related travel must be voluntary and cannot be required by a faculty member, department, or the College. Faculty and staff should not assign drivers, organize carpools, or coordinate transportation arrangements between students using personal vehicles.
Students who choose to use their personal vehicles are responsible for all associated travel risks and expenses. The College does not provide insurance coverage for personal vehicles used by students. In the event of an accident or

incident, the driver's personal automobile insurance is considered the primary coverage.
Students who operate personal vehicles for the purpose of attending an approved College activity must possess a valid driver's license and maintain personal automobile insurance as required by law.
Students may independently choose to share rides with one another; however, such arrangements are considered personal decisions between students and are not organized, supervised, or endorsed by the College.
All travel associated with College-sponsored activities must still be registered, reviewed, and approved in accordance with the applicable travel procedures and documentation requirements.

## 7.5 Travel/Trip Purchasing

A. Travel arrangements must be made one month in advance of the departure date. Arrangements must be submitted as an Event Request on The Swarm.
B. The Office of Student Activities may pay in advance, using club funds, any hotel, bus, event tickets, or other travel arrangements. This is the preferred method of payment in order to minimize reimbursement requests.
C. Payments made in advance must be arranged through Student Activities and cannot be arranged for reimbursement. This includes, but is not limited to, hotel stays and advance ticket purchases.
D. Reimbursements will be made for meal purchases.
E. The Director of Student Activities reserves the right to reject any travel requests. Rejections may be due to dangerous conditions, insufficient planning, serving a disproportionately low number of club members at too high a cost, lack of funds, a trend of only a select few club members benefitting from travel opportunities, or other reasons deemed appropriate.

## 7.6 Travel/Trip Approval Process

For club travel to be reviewed it must be submitted via The Swarm as an event at least one month prior to the requested departure date.

Requests will be reviewed by the Director of Student Activities and may require additional review before approval.

# 8. Club Officers

Club elections may be held using The Swarm or another method selected in consultation with the Director of Student Activities. Elections must be anonymous. Advisors must corroborate and verify results but cannot vote.

Members running for officer positions must have at least a 2.25 GPA. While in office, going below a 2.25 GPA will result in the officer being immediately removed from their position, and a new election to replace them must be held. New students without a GPA may run and serve in an officer position. Once a GPA is established for this individual, the leader must maintain a cumulative GPA of 2.25 to remain in the leadership position.

## 8.1 Required Officer Positions

Clubs must have a President and Treasurer to remain active and sponsored.

### 8.1.1 President

Each student club should elect a president. The club president is responsible for organizing the club meetings, ensuring the club adherence to the club's constitution, and presiding over club meetings.

### 8.1.2 Treasurer

A club treasurer is required. The club treasurer must be trained annually before being appointed to the position on the club roster. The treasurer is responsible for approving purchase requests, coordinating with Student Activities for club purchases, and keeping track of the club budget.

## 8.2 Leadership Limits

- One student may only serve as president and/or treasurer for a maximum of two clubs at one time.
- Clubs may choose to have co-presidents or co-treasurers.
- One student may not hold both president and treasurer status for the same club.

## 8.3 Academic Concerns

Students serving as Club Officers are expected to maintain satisfactory academic performance. Students may be temporarily or removed from leadership positions if extreme academic concerns are reported. Reports through Civitas Inspire will be reviewed by the Director of Student Activities in consultation with the Dean of Students. Appeals for any temporary removal may be submitted to the Dean of Students for review.

# 9. Advisors

Advisors to clubs and organizations are individuals who, out of interest and dedication, give their time and talents to out-of-class programming. Advisors are there to help guide students to prudent decision making, and ensure they are abiding by the Constitution of the organization and policies and procedures of SUNY Broome. Advisors are also expected to engage in club activities. Efforts should be made to arrange meetings and events so that advisors can attend without undue hardship. Much of the success enjoyed by the club program at SUNY Broome is directly related to the interest and efforts of advisors. Advisors provide knowledge, guidance, and direction.

a. All advisors must have the approval of the Director of Student Activities. Students will elect an advisor as a group and make their recommendation.
b. Any club without an Advisor is considered inactive. The Director of Student Activities can substitute as an Interim Advisor on a case-by-case basis.
c. Club advisors are considered to be Campus Security Authorities (CSA) and must complete the annual training provided online or in-person.
d. Advisors that are under Title IX or other investigation and/or disciplinary action by SUNY Broome will be temporarily removed from their position, pending the completion of the investigation. After resolution of the investigation and/or action, the Director of Student Activities, in consultation with the Dean of Students, will determine if it is appropriate to reinstate the advisor.

## 9.1 Responsibilities of the Advisors

a) Join the roster and be added as an Advisor through The Swarm (only the Student Activities Office can assign the role of "Advisor" to someone on The Swarm roster. Please contact Student Activities for assistance.)
b) Provide guidance and supervision without infringing on students' rights and responsibilities. Ensure that the group is adhering to SUNY Broome policies, group policies, as well as conducting themselves with civility as role models of the college.
c) Encourage the development of initiative, responsibility, and leadership in the student members.
d) Track and approve of all financial transactions of the club. Expenditures of the club should be monitored on The Swarm regularly.
e) Discuss club concerns with the Director of Student Activities.
f) Oversee elections of new officers.

g) Ensure that all SUNY Broome policies and procedures are followed, including, but not limited to, the Non-Discrimination and Hazing policies.
h) Events:
   i) Advisors should be aware of any meeting and/or activity staged by the group with which they are advising, and be present at all appropriate activities.
   ii) Advisors are not required to be at all meetings, however the advisor should have knowledge of the subjects discussed, plans made, and group dynamics that might be of importance.
   iii) Advisors are encouraged and may be required to attend club events. Requirement of attendance is based on anticipated attendance and scale of the event.
   iv) Advisors play an active role in helping the students set up all events that are consistent with the club's purposes, and with the aims and objectives of the college. During all club events and meetings, students must adhere to the student code of conduct.

## 9.2 Advisor Stipend

Advisors and co-advisors for active and sponsored clubs receive $100 per semester. If there is more than one advisor for a club, the stipend is split between all advisors at the discretion of the advisors. Clubs must show activity throughout the academic year for an advisor to receive a stipend. Advisor stipends must be claimed via the digital Advisor Stipend Claim form. Advisors must submit a current and completed W-9 upon appointment and if requested by the F-SA.

## 9.3 Advisor Appointment

Sponsored club advisors and co-advisors are selected by the club members and must be approved by the Director of Student Activities. Club members may email the Director of Student Activities (kocieniewskinm@sunybroome.edu) should they choose to select a new advisor. Advisors of clubs must be current full-time employees of SUNY Broome and have an @sunybroome.edu email address. Advisor approval is at the discretion of the Director of Student Activities with the consultation of the Associate Vice President of Student Development and Dean of Students, or the Vice President of Student Development. An advisor may be denied under reasons such as failure to fulfil responsibilities described in this handbook, potential conflict of interest with other roles on campus, or disapproval from previous club members.

## 9.4 Advisor Qualifications

Club advisors must be full-time employees of SUNY Broome Community College and/or an affiliated company (e.g. Faculty-Student Association, SUNY Broome Housing Corporation.)

Non-SUNY Broome Community members are not permitted to affiliate with student organizations as members or advisors.

Advisors must complete the Campus Safety Authority, Title IX, and Sexual Harassment trainings by the given deadline to remain advisors.

## 9.5 Co-Advisor

Part-time employees of SUNY Broome Community College and/or an affiliated company may serve as co-advisors for sponsored clubs provided a full-time employee is also listed on the roster.
Co-advisors can serve as advisors in all capacities except for finances. A full-time advisor must still approve purchase requests.

# 10. Club Guests

A club guest is defined as a person who works with the members and advisor(s) of a recognized SUNY Broome club/organization but is not a currently enrolled SUNY Broome student, currently employed SUNY Broome faculty/staff member, or currently employed member of a SUNY Broome auxiliary service, such as the Student Village. Non-SUNY Broome community members are not permitted to serve as advisors or be considered members of any clubs or organizations on campus.

Club guests may not:

- Use the title of advisor.
- Benefit from the Student Activity Fee.
- Serve as recruiters for clubs.
- Serve as chaperones for events or trips.
- Perform club functions in the absence of club members.
- Vote on any club matter or election.

Student Activities can assist with obtaining parking permits for Club Guests.

Students and club advisor(s) are not permitted to make any agreement with outside organizations and therefore cannot agree to any partnerships with club guests or affiliated agencies. Students and/or advisors should contact Student Activities for any formal arrangements that may need to be made with Club Guests.

This policy applies for any club guest, regardless of the intended length of time the guest may be on campus.

# 11. Club Status

## 11.1 Active

In this stage, a club can hold meetings and events, use/raise money, recruit new members, reserve space, and publish materials. The club will be listed on The Swarm and the SUNY Broome website. To remain Active, a club must show activity regularly throughout the semester by meeting at least three times on-campus or virtually. All meetings and events must be submitted through The Swarm and advertised.

## 11.2 Frozen

In this status, clubs are temporarily frozen from submitting event and purchase requests. This is done when a club is not in compliance with the requirements. When a club is Frozen, an email will be sent to the advisor(s) and student executive board indicating the change in status, the reason, and the action(s) required to return to Active status.

## 11.3 Inactive

If a club does not show activity throughout a semester, the club may be classified as Inactive. When inactive, club Activity Fee money will be rescinded. Earned income will be retained for three years until the club is archived.

Students wishing to join an inactive club can request status change to Active from the Student Government Association by emailing StudentActivities@sunybroome.edu.

## 11.4 Archived

Clubs that have been inactive for three consecutive years will be archived. Once a club has been archived, students wishing to join the club will need to go through the New Club Recognition Process.

Earned Income associated to clubs that have been archived will be transferred to the Student Activities Student Union Project Account.

## 11.5 Temporarily Suspended

On rare occasions, a club may be placed on Temporary Suspension if:

- A club has violated SUNY Broome policy and the Director of Student Activities, in consultation with the Dean of Students, decides that the group cannot be considered active for a period of time.
    - This is a fixed period of time that the club must stay in the Inactive status, and, once that time has elapsed, the Director of Student

Activities, along with the Dean of Students, will meet with club officers, members, and advisors to decide if an action plan can and/or should be put into place to return the group to the Active category.

- A club's active status will be reinstated by the Director of Student Activities after meeting with club officers and resolving deficiencies. While in suspension, the club may not spend funds or hold events of any kind. Any meetings will be with the Director of Student Activities and will pertain to the club status.

# 12. Club Sponsorship

Clubs being sponsored by the Student Activities Fee must comply with all parts of this manual to continue receiving sponsorship.

## 12.1 Sponsored Clubs

A club that remains active will keep sponsorship unless voluntarily given up or after a period of inactivity as outlined in Section 11. Sponsored Clubs are able to request additional funding, collaborate with the Broome Activities Council, and utilize activities funds as seed money for fundraisers.

Sponsored clubs will receive an allocation of up to $500 each academic year upon completion of the following requirements:

- Club has re-registered during the first three weeks of the semester.
- The president, treasurer, and advisor have all accepted the Terms and Conditions.
- Club treasurer has been trained.
- All club leaders have completed the required Title VI training.

## 12.2 Unsponsored Club

A club that is not sponsored may restrict membership by one or more of the following categories:

- Academic major
- GPA
- Affiliation with outside organization

Unsponsored clubs may <u>not</u> restrict membership due to any discriminatory reason including, but not limited to, race, religious beliefs, gender, gender expression, gender identity, sexual orientation, or ethnic background.

Unsponsored clubs are still able to meet, hold events on campus, fundraise, and utilize The Swarm. Unsponsored clubs are able to utilize an Earned Income Account, but will not have access to an Activities Fee account. Unsponsored clubs may not request additional funds but may collaborate with the Broome Activities Council on events.

# 13. Anti-Hazing Clause

Hazing is any activity that humiliates, degrades, abuses or which endangers the mental, emotional, or physical health or safety of a student, or which destroys or removes public or private property, for the purpose of initiation, admission into, affiliation with, or as a condition for continued membership in an organization or team whose members are or include students at SUNY Broome. Hazing can occur regardless of the person's willingness to participate.

Hazing is a serious violation of college policy and New York State law. Hazing is strictly prohibited for all SUNY Broome clubs and organizations.

## 13.1 Definition

The term "hazing" means any intentional, knowing, or reckless act committed by a person (whether individually or in concert with other persons) against another person or persons regardless of the willingness of such other person or persons to participate, that —

a. is committed in the course of an initiation into, an affiliation with or the maintenance of membership in, a group (fraternity, sorority, team, club or another association or organization); and
b. causes or creates a risk, above the reasonable risk encountered in the course of participation in the institution of higher education or the group (such as the physical preparation necessary for participation in an athletic team), of physical or psychological injury including —

- whipping, beating, striking, electronic shocking, placing of a harmful substance in or on someone's body, or similar activity;
- causing, coercing or otherwise inducing sleep deprivation, exposure to the elements, confinement in a small space, extreme calisthenics, activities that would unreasonably interfere with a student's other activities or obligations, or other similar activity;
- causing, coercing or otherwise inducing another person to consume food, liquid, alcohol, drugs or other substances;
- causing, coercing or otherwise inducing another person to perform sexual acts;
- causing, coercing or otherwise inducing another person to engage in public stunts, degrading or humiliating games or activities, wearing of apparel or items likely to subject the wearer to embarrassment or ridicule, or similar activity;

- any activity that places another person in reasonable fear of bodily harm through the use of threatening words or conduct
- any activity against another person that includes a criminal violation of local, State, Tribal or Federal law; and
- any activity that induces, causes or requires another person to perform a duty or task that involves a criminal violation of local, State, Tribal or Federal law.

## 13.2 Reporting Hazing

Reports of hazing are taken seriously by SUNY Broome and will be investigated through the Office of Student Rights and Responsibilities. Reports may be anonymous; however, anonymity may limit the extent to which the College can address the report. Any information shared is private and will only be shared with any campus official as part of an investigation.

Reporting can be submitted in several different ways

- By completing the Hazing Report Form linked here
- Calling the Hazing Hotline: 607-778-5388
- Email the Hazing Hotline: HazingHotline@sunybroome.edu

## 13.3 Amnesty Related to Hazing Reports

Students who submit a hazing complaint in good faith, or victims of hazing who participate in an investigation, will be provided amnesty from any disciplinary action stemming from policy violations that were committed as part of a hazing activity. Students who retaliate or take adverse action towards any person who has reported allegations of hazing, or has cooperated with a College investigation, will be subject to disciplinary action in accordance with the Student Code of Conduct.

## 13.4 Investigation Process

After a report is received, SUNY Broome will quickly review the submission and determine the next appropriate actions. SUNY Broome will conduct an investigation into the alleged hazing to determine if there are potential violations of the Student Code of Conduct.