# Angell Exhibit C:

## GA2001 Non-Discrimination Statement

SUNY BROOME

# GA2001 Non-Discrimination Statement

| | | | |
|---|---|---|---|
| Policy: | Non-Discrimination Statement | Policy No.: | GA2001 |
| Authority: | SUNY Broome Community College Board of Trustees | | |
| Policy Owner | President | Responsible Party: | General Administration |
| Approved: | July 12, 1979 | | |
| Revised: | September 23, 1998<br>October 27, 2011<br>December 3, 2015<br>October 31, 2019 | | |

## Policy Statement

In all of its activity, the College adheres to its non-discrimination commitment.

SUNY Broome Community College does not discriminate on the basis of race, sex, color, creed, religion (including religious attire, clothing or facial hair), age, national origin, disability, marital status, sexual orientation, gender identity, transgender status, pregnancy, predisposing genetic characteristics, domestic violence victim status, military status or status as a disabled veteran or veteran of the Vietnam era in the recruitment of students; the recruitment and employment of faculty and staff; or the operation of any of its programs and activities. In this context, sexual discrimination includes sexual harassment and sexual violence. State and federal laws apply where relevant.

The designated coordinator for compliance with Title VI and VII of the Civil Rights Act of 1964, as amended; Title IX of the Education Amendments Act of 1972; Section 504 of the Rehabilitation Act of 1973, as amended; and Section 402 of the Vietnam Era Veterans Readjustment Assistance Act of 1974, as amended, is the Affirmative Action/Equal Opportunity Officer. Students and employees may obtain information on SUNY Broome's discrimination complaint procedures at www.sunybroome.edu under "Our Values and Vision > Policy & Procedures – General Administration GA2001.1 Discrimination Complaint Procedure and GA2001.2 Workplace Violence Prevention Procedures."

## Action History

| Action (Created, Reviewed, Retired) | Date | Initials | Position Title |
|---|---|---|---|
| Updated Classification (1.4) | 03/25/2020 | KP | Secretary – VP Student Development |