# Angell Exhibit D:

## SUNY Broome Annual Calendar

## Spring 2026

### Full Semester

- January 24 & 25: Student Village Opening
- January 26: First Day of Classes
- February 16: Mid Semester Break (No Classes)
- March 23 - 27: Spring Break (No Classes)
- May 18: Last Day of Classes
- May 19: Student Village Closes at 10am for non-graduating residents.
- May 21: Graduation
- May 22: Student Village Closes at 10am for graduating residents.*
  *Other students may be approved to work or stay due to Commencement, and must check out at the same time as graduating residents.

### First 7-Week Term

- January 26: Classes Start
- February 16: Mid Semester Break (No Classes)
- March 16: Classes End

### Second 7-Week Term

- March 31: Classes Start
- May 18: Classes End

## Summer 2026

### Full Semester

- June 1: First Day of Classes
- June 19: Juneteenth (No Classes)
- July 3: Independence Day Observed (No Classes)
- August 7: Last Day of Classes

### First 5-Week Term

- June 1: Classes Start
- June 19: Juneteenth (No Classes)
- July 2: Classes End

### Second 5-Week Term

- July 6: Classes Start
- August 7: Classes End

## Fall 2026

### Full Semester

- August 24: First Day of Classes
- September 7: Labor Day (No Classes)
- October 12-13: Mid-semester Break (No Classes)
- November 25-27: Thanksgiving Break (No Classes)
- December 14: Last Day of Classes

### First 7-Week Term
- August 24: Classes Start
- September 7: Labor Day (No Classes)
- October 9: Classes End

### Second 7-Week Term
- October 21: Classes Start
- November 25-27: Thanksgiving Break (No Classes)
- December 11: Classes End

## Winter 2027
### Full Semester
- January 4: First Day of Classes
- January 18: Martin Luther King Day (No Classes)
- January 22: Last Day of Classes

## Spring 2027
### Full Semester
- January 25: First Day of Classes
- February 15: Mid Semester Break (No Classes)
- March 22 - 26: Spring Break (No Classes)
- May 17: Last Day of Classes
- May 20: Graduation

### First 7-Week Term
- January 25: Classes Start
- February 15: Mid Semester Break (No Classes)
- March 15: Classes End

### Second 7-Week Term
- March 30: Classes Start
- May 17: Classes End

## Summer 2027
### Full Semester
- June 1: First day of Classes
- June 18: Juneteenth Observed (No Classes)
- July 5: Independence Day Observed (No Classes)
- August 6: Last Day of Classes

### First 5-Week Term
- June 1: Classes Start
- June 18: Juneteenth Observed (No Classes)
- July 2: Classes End

**Second 5-Week Term**

- July 6: Classes Start
- August 6: Classes End