# Angell Exhibit E:

## Webpages from SUNY Broome

The President's Task Force on Diversity and Inclusion

SUNY BROOME

The President's Task Force on Diversity and Inclusion at SUNY Broome Community College, in partnership with SUNY's office of Diversity, Equity, and Inclusion, is very excited to offer a wonderful opportunity for male students of color to participate in the first **Men of Excellence**program designed to support minority male students academically, socially, personally, and professionally.

Black Muslim minister and human rights activist, Malcolm X once said, "Education is the passport to the future, for tomorrow belongs to those who prepare for it today." In the spirit of that profound statement and in recognizing the historical and contemporary importance of higher education for minorities, we encourage male students of color to take advantage of this opportunity at SUNY Broome by moving in early to the Student Village, meeting faculty/staff, bonding with peers, becoming acclimated to campus resources, receiving academic supplies and a chance to win a book voucher and much more!

The year-long program will be initiated with a kick-off conference between Thursday, August 25 and Friday, August 26, 2016. This Men of Excellence conference is designed to equip SUNY Broome's male students of color with the tools they need for academic success as well as provide them a vital opportunity to personally connect with peers and faculty/staff who will commit to providing them with ongoing guidance and support. Recognizing that minority male students disproportionately experience institutional barriers that lead to gaps in their academic ac ASK US A QUESTION e initiates a year-long program designed to assist and support SUNY Broome's male students of color. We have planned various workshops specific to their needs (e.g., identity development, student success resources, etc.) and will have guest speakers

who are committed to minority male college student success. Among the primary goals of the conference are those to have student participants understand:

1. Why they choose to attend college and specifically, what benefits they should expect
2. The difference between high school and college
3. What they should hope to get from the college experience at SUNY Broome
4. Successful behavior and etiquette in the higher education settings
5. Academic expectations and what is required to be a male scholar of color?
6. That they should commit to completion

This first exciting opportunity will be held between August 25 and 26 on SUNY Broome's campus. It is important to note that this event is of no cost to student participants, who are expected to arrive between 11:30am and 4:30pm, Thursday, August 25. The Vice Chancellor and Chief Diversity Officer of the entire SUNY system, Dr. Carlos Medina PhD, will attend and deliver the key-note address on Friday, 8/26.

Students who commit to this program will take their first step in not only becoming successful college graduates but also, scholar-leaders, who WEB Dubois described as "exceptional men" – those professionals capable of improving the quality of life for all.

If you have any questions, or would like to learn more about this initiative, please contact the program organizers:

**Venessa Rodriguez**, Staff Associate to the Associate Vice President for Learning Assistance Services Student Success<
Squad and Co-Chair of President's Task Force on Diversity & Inclusion
Phone: +1 (607) 778-5234
Email: rodriguezvl1@sunybroome.edu

**Jarvis McCowin**, Residence Director, President's Task Force on Diversity & Inclusion Member
Phone: +1 (607) 778- 5525
Email: mccowinja@sunybroome.edu

**Scott Corley**, Associate Professor, Department of History, Philosophy, Social Sciences and Co-Chair of President's Task
Force on Diversity & Inclusion and Chair of the Civic Engagement Board

Phone: +1 (607) 778-5093
Email: corleysa@sunybroome.edu

publish

2016-07-26

men-of-excellence

SUNY BROOME

907 Front St.
Binghamton, New York 13905

Parking & Campus Map

607-778-5000

Contact Us

## APPLY AND REGISTER

Academic Calendar

Apply to SUNY Broome

Our Programs

Course Options

Student Financial Services

## QUICK LINKS

Diversity & Inclusion

Employment

Ice Center

Library

## HEALTH & SAFETY

Health Services

Public Safety

Title IX

© 2024 - 2026 SUNY Broome Community College. All Rights Reserved.
Accessibility | Terms & Usage | Privacy Policy

DIRECTORY CALENDAR

Search...

NEWS COURSES

MYCOLLEGE

ACADEMICS & PROGRAMS ADMISSIONS & COSTS OUR CAMPUS ABOUT

SUNY BROOME

WORKFORCE & COMMUNITY FOUNDATION & ALUMNI APPLY NOW

Home / Men of Excellence

# MEN OF EXCELLENCE

SUNY BROOME

MEN OF EXCELLENCE

The President's Task Force on Diversity and Inclusion at SUNY Broome Community College, in partnership with SUNY's office of Diversity, Equity, and Inclusion, is very excited to offer a wonderful opportunity for male students of color to participate in the first **Men of Excellence** program designed to support minority

## Men of Excellence

- Men of Excellence Oath
- Faculty/Staff: A Call to Serve
- President's Task Force on Diversity and Inclusion
- Men of Excellence

ASK US A QUESTION

male students academically, socially, personally, and professionally.

Men of Excellence in the News

## Men Of Excellence (MoE) Year Long Program

YEAR-LONG PROGRAM APPLICATION >

Completing this form expresses your interest in participating in the Men of Excellence Year-Long Program.

### Program Mission

To empower male students of color to succeed academically and personally by providing structured academic support, access to critical campus resources, and opportunities for community connection and leadership development.

### Meet the MoE Coordinators

**Joshua Frederick**

**Educational Opportunity Program (EOP) Counselor**
Email: fredrickja@sunybroome.edu

### Stay Involved All Year

- Monthly meetings for continued mentorship and community
- Opportunities for leadership roles
- Access to academic coaching, events, and support network
- **A great opportunity to attend the annual Men of Color Summit**, co-hosted by **SUNY Broome** and

**Binghamton University**, where students engage in dynamic workshops, keynote presentations, and community-building experiences focused on empowerment, leadership, and academic success

## Start Strong. Stay Excellent.

Don't miss your chance to kickstart your SUNY Broome journey with confidence, support, and a powerful head start.

## Have Questions?

Reach out to the **MoE Coordinator** directly.

SUNY BROOME

907 Front St.
Binghamton, New York 13905

Parking & Campus Map

607-778-5000

Contact Us

**APPLY AND REGISTER**

- Academic Calendar
- Apply to SUNY Broome
- Our Programs
- Course Options
- Student Financial

**QUICK LINKS**

- Diversity & Inclusion
- Employment
- Ice Center
- Library

**HEALTH & SAFETY**

- Health Services
- Public Safety
- Title IX

Services

© 2024 - 2026 SUNY Broome Community College. All Rights Reserved.

Accessibility | Terms & Usage | Privacy Policy

# Men of Excellence Year-Long Program Application

This is an application for the Men of Excellence initiative at SUNY Broome Community College.

Men of Excellence seeks to assist the college's minoritized men of color toward earning their degree, and beyond.

By completing this application, you express your commitment in participating in the Men of Excellence Year-Long Program. The Year-Long Program will feature workshops regarding academic, personal, and career enhancement.

## Background Information

Name *

First Last

Student ID Number (B#) *

Phone Number *

### - ### - ####

Best Email *

How did you hear about the Men of Excellence year-long program? *

Racial/Ethnic Background *

Are you living on campus in the Student Village? *

○ Yes ○ No

## Short Essay Questions

Each answer should be no more than 50 words.

What prompted you to attend SUNY Broome Community College? What are your personal, academic, and career goals? *

What prompted you to participate in the Men of Excellence Year-Long program? What do you hope to gain from participating in this? *

What services or resources have you used to assist you in your educational goals? How have these services/resources helped you? If you have not accessed services/resources, explain why. *

Describe any previous leadership experiences. This could include your participation in a student club, community group, or volunteer role. *

What is your willingness to commit to a year-long program designed to assist you that will require you to attend programs, activities, and meetings outside of your classes? *

## Electronic Signature

I certify that all my answers are true and complete to the best of my knowledge.

Enter your name below: *

This form is protected by reCAPTCHA Enterprise and the Google **Privacy Policy** and **Terms of Service** apply.

DIRECTORY CALENDAR

Search...

NEWS COURSES

MYCOLLEGE

Home / Marketing & Communications/
Athletics Brand and Logo

# ATHLETICS BRAND AND LOGO

## Contact Information

Marketing & Communications
Location: Wales Center,
Room 206
Phone: 607-778-5296
Email: marcom@suny

## The Hornets as a Brand

**Overview & History**

Nestled in Binghamton, NY, SUNY Broome Community College is the perfect nesting ground for one of the great community college athletic programs...The Hornets. Known as a hard working diligent insect that dominates its prey with lightning fast movements and deadly accuracy of its sting, the

## Marketing & Communica

ASK US A QUESTION

Sign
Process

team, coached by Baldwin, had 35 players tryout for the squad. History would be made when the team won it's first game – a 41-39 victory over Triple Cities College (now Binghamton University). That mark was the first of Baldwin's 879 victories (an all-time record among basketball coaches at the time of his retirement from BCC in 1987).

When instituted, the original nickname for the SUNY Broome Athletics program was "Technicats". Just two years later in 1949, the student body would forever leave its mark on the college by voting to replace the team nickname with "Hornets".

Today, Hornet Athletics means 11 varsity teams: women's and men's soccer, basketball, cross country and track & field; volleyball, softball and baseball.

With such a great history and promising future, it is important to maintain the Hornet's integrity as a brand.

## Hornets Color Scheme

| | |
|---|---|
| Black | |
| Pantone: | Black |
| CMYK: | 0, 0, 0, 100 |
| RGB: | 0, 0, 0 |
| HEX: | #000000 |
| Gold | |
| Pantone: | PMS 124 |

| | |
|---|---|
| Pantone: | PMS 032 |
| CMYK: | 0, 91, 87, 0 |
| RGB: | 239, 62, 51 |
| HEX: | #EF3E33 |
| Gray | |
| Pantone: | 30% Black |
| CMYK: | 0, 0, 0, 30 |
| RGB: | 188, 190, 192 |
| HEX: | #BCBEC0 |

# Hornets Typefaces

All SUNY Broome Hornet-related headlines and subheads should be**Penumbra Bold Serif**or **AGaramond – Semibold**

All SUNY Broome Hornet-related Body Copy should be **AGaramond – Regular**



SUNY BROOME

ACADEMICS & PROGRAMS ADMIS

# Hornet Marks

## Hornets Word Marks

Word Marks are just another helper in the job of brand building. These marks may be used on or off campus, stand-alone or in conjunction with the secondary marks or the sport specific marks. Word marks offer the greatest flexibility and usability

SUNY BROOME

ACADEMICS & PROGRAMS ADMIS

display size of 1.5 inches and a minimum clear zone of .25 inches.

## Hornets Secondary Marks

To provide for added flexibility in brand building on uniforms and around campus, three secondary marks have been included in the family of SUNY Broome marks. All three secondary marks can all be used **on campus** as stand-alone marks or in conjunction with sport specific marks.

## Hornets Sport Specific Marks

Designed for coaches to use for their individual teams' branding on the SUNY Broome sport specific

All sports specific marks, three color and one color versions, on white or black backgrounds require a minimum display size of 1.5 inches and a minimum clear zone is .25 inches.

## What Not to Do to the Hornet Marks

Never stretch or pull a SUNY Broome Hornet mark out of proportion:

Never alter a SUNY Broome Hornet mark using other graphics or by adding text:

Never link or fuse a SUNY Broome Hornet mark with any other logo:

Never alter the color of a SUNY Broome Hornet mark:

Never alter the typeface of a SUNY Broome Hornet mark:

Never simplify or modify a SUNY Broome Hornet mark:

Never overlap SUNY Broome Hornet Marks or fail to give them their proper minimum clear zones:

Never display a SUNY Broome Hornet Mark at a size smaller than its minimum display size:

SUNY BROOME

ACADEMICS & PROGRAMS ADMIS

907 Front St.
Binghamton, New York 13905

Parking & Campus Map

607-778-5000

Contact Us

## APPLY AND REGISTER

Academic Calendar

Apply to SUNY Broome

Our Programs

Course Options

Student Financial Services

## QUICK LINKS

Diversity & Inclusion

Employment

Ice Center

Library

## HEALTH & SAFETY

Health Services

Public Safety

Title IX

© 2024 - 2026 SUNY Broome Community College. All Rights Reserved.

Accessibility | Terms & Usage | Privacy Policy


SUNY Broome Community Coll
broomehornets.com/landing/index
Incognito
SUNY BROOME COMMUNITY COLLEGE HORNETS
SPORTS
SCHEDULES
STUDENT ATHLETES
INSIDE ATHLETICS
STREAMING
RECRUITS
FAN CENTRAL
RECREATION
MEN'S SPORTS
Baseball Schedule | Roster | News
Basketball Schedule | Roster | News
Cross Country Schedule | Roster | News
Soccer Schedule | Roster | News
Track & Field Schedule | Roster | News
WOMEN'S SPORTS
Basketball Schedule | Roster | News
Cross Country Schedule | Roster | News
Soccer Schedule | Roster | News
Softball Schedule | Roster | News
Volleyball Schedule | Roster | News
Track & Field Schedule | Roster | News
CO-ED SPORTS
Competitive Cheer
Report Ad
August 23, 2026 - Women's Soccer
Recap Box Score
VIEW MORE
We use cookies to ensure you have the best browsing experience on our website. By using our site, you acknowledge that you have read and understood our Privacy Policy & Terms of Service.
I Accept