**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INTERVARSITY CHRISTIAN FELLOWSHIP/USA, et al.,<br>*Plaintiffs*,<br>v.<br>SUNY BROOME COMMUNITY COLLEGE, et al.,<br>*Defendants*. | Case No. 3:26-cv-01623-MAD-MJK<br><br>**DECLARATION OF GREGORY L. JAO** |

I, Gregory L. Jao, pursuant to 28 U.S.C. § 1746, state and declare:

1. I am over eighteen years of age and fully competent to make this declaration.

2. I am the Senior Assistant to the President and Director of External Partnerships for InterVarsity Christian Fellowship/USA ("InterVarsity"). I previously served as campus, divisional, and regional staff for InterVarsity, as its National Field Director for the Northeast, and in other senior positions within InterVarsity's executive office. In these roles, I have directly supported InterVarsity campus ministries at the local, regional, and national level, including specifically as it relates to for the relationship between InterVarsity student chapters and the colleges and universities where they minister. I also have numerous other job responsibilities for InterVarsity. I have written two published books on matters of Christian theology and conduct, and have been a contributing author to two more. I am on the board of Wheaton College. I earned a B.A. in English from the University of Chicago and a J.D. from Northwestern University Pritzker School of Law.

3. I make this declaration based on 40 years' worth of personal knowledge and experience with InterVarsity, including participation and membership in InterVarsity groups as a college student. My statements about the history and characteristics of InterVarsity are drawn from personal experience and organizational documents. These organizational documents were

prepared as a regularly conducted ministry activity by InterVarsity staff who have knowledge of the data. And these documents are used by InterVarsity in the normal course of its ministry.

**InterVarsity Christian Fellowship/USA**

4. InterVarsity is a campus ministry on more than seven hundred college or university campuses across the United States. InterVarsity's purpose "is to establish and advance at colleges and universities witnessing communities of students and faculty who follow Jesus as Savior and Lord." A true and correct copy of InterVarsity's mission statement is attached as **Exhibit A** and can be found here: *About Us: Our Purpose*, InterVarsity (2026), https://perma.cc/KUW3-LTRX.

5. With over 1,000 individual chapters, InterVarsity serves more than 78,000 students and faculty. It is a charter member of the International Fellowship of Evangelical Students, an association of over 160 evangelical Christian movements worldwide.

6. InterVarsity was founded by students at the University of Cambridge in 1877. In 1938, students at the University of Michigan formed the first InterVarsity chapter in the United States.

7. InterVarsity has had student chapters in New York since at least the 1960s. Its reach has since grown, and it currently has chapters on over 45 campuses in New York, including Colgate University, Columbia University, Cornell University, the City University of New York, Hofstra University, New York University, Rensselaer Polytechnic Institute, St. John's University, and Syracuse University.

8. Relatedly, InterVarsity has been operating in the SUNY system since at least 1967. Since that time, InterVarsity chapters have been active on approximately 40 SUNY campuses. It currently has recognized student groups on SUNY campuses across the state, such as SUNY Buffalo, SUNY Geneseo, Alfred State College, and Stony Brook University. And it has been

serving students and faculty in the greater Binghamton area for 55 years, following the launch of the Binghamton University chapter (InterVarsity Binghamton) in 1971.

9. InterVarsity chapters at these schools provide both undergraduate and graduate students with a place of authentic community, and, as an expression of their calling as Christians, they welcome everyone on campus to participate in their gatherings. InterVarsity chapters also host discussions on important topics for the school community and help students succeed both academically and spiritually.

10. And InterVarsity chapters nationwide have provided thousands of hours of community service on campuses, in surrounding communities, and around the world. These include service activities aimed at poverty relief, hunger alleviation, welcoming and supporting new and international students to campus, and interfaith activities promoting mutual respect and dialogue. Other examples of InterVarsity's activities are publicly available. A true and correct copy of InterVarsity's webpage explaining its ministry is attached as **Exhibit B** and can be found here: *Our Ministry*, InterVarsity (2026), https://perma.cc/RV4D-LQ53.

11. InterVarsity chapters meet regularly to advance InterVarsity's religious mission and reach others for Jesus Christ. The primary purposes of these meetings include expressing InterVarsity's religious beliefs and exercising those beliefs together in a communal setting. Those beliefs are articulated in InterVarsity's statement of beliefs. The statement of beliefs sets forth the core religious beliefs that InterVarsity exercises and expresses as a religious community, including its Trinitarian theology and belief in the authority of Scripture; that all humans have inherent dignity and value because they are created in God's image; that Jesus Christ was divine and sinless; that he died a substitutionary death followed by a bodily resurrection; that people can be saved from their sin and reunited with God by God's grace and through faith in Christ's sacrifice; that God

lives in believers in the form of the Holy Spirit; and that all believers are called to unity and to worship together in Christian communities. A true and correct copy of InterVarsity's statement of beliefs is attached as **Exhibit C** and can be found here *About Us: What We Believe*, InterVarsity (2026), https://perma.cc/5M6K-E7UB.

12. InterVarsity has a specific plan for carrying out those religious beliefs, which includes building communities marked by God's grace and truth, expressing its faith and love for God through prayer and worship, thoughtfully discipling one another in God's truth through biblical reflection, encountering God through studying and obeying Scripture, developing women and men to lead throughout InterVarsity, and growing Christlike character in one another. InterVarsity expresses its beliefs through ethnic reconciliation and justice, evangelism, partnerships with local churches, global missionary service, and living lives in a manner that honors God. *See*, *e.g.*, Exhibit C.

13. InterVarsity chapters meet regularly to advance InterVarsity's religious mission and expression. And InterVarsity's student leaders are the primary messengers for sharing InterVarsity's beliefs and values to both the members of their local chapters and the student bodies of their respective schools.

14. InterVarsity welcomes all students and faculty to join its events, including its religious discussions, activities, prayer times, worship services, and Bible studies. It also welcomes all students to join the organization as members. It has members of different religious backgrounds, or no religious background, who attend its Bible studies and other events. InterVarsity is also multiethnic and has many international student members, which helps people from a wide variety of backgrounds feel welcome.

## InterVarsity's Student Leadership

15. While anyone is welcome to be a member of, or participate in, InterVarsity chapters, InterVarsity requires its student leaders to agree with and exemplify InterVarsity's Christian beliefs. This leadership requirement is necessary because student leaders are the primary embodiment of InterVarsity's faith and Christian message on campus.

16. Further, student leaders also determine the content of an InterVarsity chapter's message. For example, they spearhead the groups' religious meetings and Bible studies; lead and participate in prayer, worship, evangelism, and religious teaching; help decide the religious content of meetings; select guest speakers and identify religious topics to cover during events on campus; personally minister to their peers individually; plan and schedule ministry events on campus; communicate InterVarsity's message when interacting with administrators, staff, faculty, and students at their schools; and plan outreach and student activities to advance the chapter's religious mission.

17. InterVarsity's student leaders accordingly hold an important spiritual leadership role within their student groups and as representatives of InterVarsity. They are held out both on campus and in other InterVarsity settings as Christian leaders who can be trusted to express and embody InterVarsity's beliefs with integrity and accuracy. They are held to biblical standards for leadership, and perform the important religious functions noted above. Each student leader of an InterVarsity chapter is expected to be able to perform any of the religious duties of the club. Their primary responsibility is to express and model InterVarsity's religious beliefs.

18. Accordingly, the vast majority of what they do for the group consists of religious ministry and leadership. Other than some minor administrative duties specific to their respective leadership roles (such as secretary or treasurer duties), InterVarsity's student leaders are entirely focused on

accomplishing InterVarsity's mission to share InterVarsity's faith with the campus community and help students and faculty grow in their faith. Student leaders, therefore, must be willing to sincerely affirm and abide by InterVarsity's religious beliefs.

19. Having student leaders who agree with InterVarsity's religious beliefs is a matter of basic institutional integrity. To retain its identity, express its message, and carry out its religious mission—*i.e.*, to be the "InterVarsity *Christian* Fellowship"—InterVarsity needs leaders who themselves embrace, follow, and sincerely express InterVarsity's religious beliefs and mission. Otherwise, InterVarsity's entire mission and message—its Bible studies, prayers, evangelism, and worship—would be hollow, inauthentic, and seriously undermined. As Jesus taught, a house divided against itself cannot stand. *See* Matthew 12:25.

20. This is also a matter of personal integrity for potential leaders and members. InterVarsity cannot and will not ask students who do not sincerely share its beliefs to act inauthentically by leading members in prayer or conveying InterVarsity's religious beliefs. Nor can InterVarsity knowingly ask its members to participate in prayer and worship led by insincere leaders.

21. As a religious organization, it is not enough that InterVarsity's student leadership simply regurgitate its views or act out its religious activities such as worship. Instead, leaders must sincerely believe the same core religious tenets that InterVarsity does. Otherwise, InterVarsity's chapters would suggest to students that sincere personal faith is unnecessary to Christian life, and that it is sufficient to "go through the motions" as a Christian. InterVarsity does not believe that is true. Faked faith is not saving faith; it does not draw someone closer to God, but rather tends to push that person away, and perhaps even mask her or his need for a personal relationship with Jesus Christ. Further, InterVarsity believes that personal faith and an accepting of God's grace is a prerequisite for the full regenerative work of God to take place in a person and enable her or him

to more fully know, love, and follow God faithfully. *See, e.g.*, Ephesians 2:1-10; Romans 8:1-17. Without faith, then, an individual simply isn't equipped to take those important steps, or to lead others in how to take them. Pretending to believe is harmful both for the individual leader in question and those she or he leads.

22. Because of their importance to the ministry, InterVarsity trains its current student leaders to identify other faithful Christian students who are humble, willing to serve, spiritually healthy, and who have sufficient emotional intelligence to navigate some of the hard personal and interpersonal issues that arise in a ministry with young adults.

23. Since its founding, InterVarsity has trained students who are interested in leadership roles. This instruction includes how to lead Bible studies, model Christian beliefs, conduct Christian discipleship, and lead InterVarsity ministries in their respective campus communities. Students in the program study InterVarsity's doctrinal statement and purpose statement, practice how to lead InterVarsity Bible studies and ministries, and receive guidance on how to share InterVarsity's Christian beliefs with students, faculty, friends, and family. InterVarsity also provides annual retreats and conferences where it gives detailed personal instruction to student leaders on how to faithfully lead InterVarsity chapters in a manner consistent with its religious beliefs. InterVarsity also publishes books, articles, and online training courses to help develop student leaders.

24. And InterVarsity has created training resources that it uses to help prepare student leaders for ministry. For instance, a true and correct copy of *The Ministry Playbook*, a syllabus listing numerous courses that InterVarsity offers to train its leaders, is attached as **Exhibit D** and can be found here: *The Ministry Playbook*, InterVarsity (2026), https://perma.cc/9JMU-6CR5.

25. These courses—which are offered free of cost—develop religious leadership skills in ministry areas such as discipleship, evangelism, leadership, prayer, and Scripture. Course titles

include "Teaching About Jesus," "Growing Authentic Community," "Ministering with Gen Z," "Sharing the Gospel," "Knowing Where Someone is Spiritually," "Introduction to Campus Ministry Activities," "Sharpening Your Small Group Leadership Skills," "Leading a Prayer Meeting," "Praying for My Campus," and "Building Your Own Bible Study."

26. For instance, just on the nuances of small-group leadership alone, InterVarsity provides 8 courses, which include written instructional resources, videos, worksheets, and access to libraries of more written resources. A true and correct copy of an overview of the small-group leadership materials is attached as **Exhibit E** and can be found here: *Stepping into Small Group Leadership*, InterVarsity (2026), https://perma.cc/JW5P-94WS.

27. InterVarsity also provides chapter leaders ideas and encouragement on how to conduct religious meetings. *See, e.g.*, *Large Group Meetings Handbook*, InterVarsity (2026), https://perma.cc/6U93-8ZPL.

28. There are numerous other courses and resources that InterVarsity makes available for training InterVarsity chapter leadership.

29. Ministry skills are further developed in ministry training sessions led by InterVarsity staff. Students are invited to participate in an apprenticeship program run by InterVarsity and provided by InterVarsity staff. That program exists to help prepare students to provide spiritual leadership for their peers.

30. And this training carries on throughout the year, as InterVarsity staff personally mentor students on how to share their faith and teach other students in Bible studies. That highly relational process varies from student to student, but it often involves InterVarsity Staff empowering students to lead Bible studies, campus events, or outreaches where students have the opportunity to tell other students about InterVarsity's Christian faith and invite students to InterVarsity's programs.

With newer leaders, InterVarsity staff will observe them week to week as they are ministering in these new contexts and provide student leaders with specific feedback on how to better embody Jesus Christ and InterVarsity's faith in their ministry.

31. For these reasons, applicants to serve as student leaders for InterVarsity are informed that the role involves significant spiritual and ministry commitment.

32. On occasion, I will become aware of a particular chapter that has inadvertently failed to include InterVarsity's leadership expectations in the club constitution that it filed with its school. When I become aware of that, I endeavor to correct it promptly. It is InterVarsity's expectation that all of its chapters will be led by students who sincerely affirm and follow its faith. If a chapter refused to meet this expectation, then InterVarsity would disaffiliate from it.

**InterVarsity Broome**

33. InterVarsity Christian Fellowship of SUNY Broome (InterVarsity Broome) is a student-led InterVarsity chapter located at SUNY Broome Community College that was permitted to associate with InterVarsity as a chapter. The chapter's purpose is to establish and advance a witnessing community of students and faculty who follow Jesus as Savior and Lord and display a love from out of this world to every single student on campus, regardless of age, race, cultural upbringing, or gender. In keeping with InterVarsity's expectations, the chapter requires its leaders to affirm and follow InterVarsity's shared religious beliefs.

34. But despite the longstanding existence of InterVarsity chapters as recognized student groups for many years on public campuses across New York and the rest of the country, InterVarsity Broome was denied official recognition by SUNY Broome in February 2026 because of its religious leadership requirement.

35. Based on my 40 years of experience with InterVarsity, it would likely be impossible to run a successful, healthy student group while being denied recognized status. For instance, I am aware of another InterVarsity chapter that was denied recognized status due to its religious leadership standards, which suffered dramatic membership loss, the worst it experienced in 20 years. Members of that chapter reported that they were afraid of what their own university might do to them, and the chapter's student president said that she had substantial difficulty recruiting replacement officers. If that's true for a well-respected, well-established chapter at a four-year university that had been around for decades, it will be even more true for a new chapter that hasn't even had a chance to launch. I am also aware of student groups from other organizations that failed after their respective university failed to recognize them, including the student group from *Christian Legal Society v. Martinez*, 561 U.S. 661 (2010).

36. Given the importance of official recognition for the viability of InterVarsity's ministry at SUNY Broome, on March 23, 2026, InterVarsity's President & Chief Executive Officer Tom Lin wrote Dr. Tony D. Hawkins, the President of SUNY Broome, asking him to reconsider SUNY Broome's decision to deny InterVarsity Broom official recognition. A true and correct copy of the letter is attached as **Exhibit F.**

37. On May 7, 2026, Dr. Hawkins responded, indicating that SUNY Broome would not reconsider its decision. A true and correct copy of the letter is attached as **Exhibit G.**

38. Because of SUNY Broome's unlawful decision to deny recognition of InterVarsity Broome, I have had to divert a substantial amount of time that I would have spent on my core job responsibilities to address the impact that SUNY Broome's actions have had on InterVarsity's religious mission. For example, SUNY Broome's actions have forced me to (1) monitor and supervise the denial of recognition by SUNY Broome; (2) report updates on the situation to

InterVarsity's senior leadership; (3) provide guidance and support to Sophia Chan and other InterVarsity staff and students based in New York; and (4) interface with counsel (both in-house and outside) and InterVarsity staff as we tried to secure InterVarsity's recognition and equal access to SUNY Broome. I estimate that, to date, I have spent at least 17 hours working on matters related to SUNY Broome's actions against InterVarsity. I also conservatively estimate that, to date, other InterVarsity staff have spent at least 25 hours working on the same matter.

39. In addition, InterVarsity does not allocate resources for litigation costs or expenses related to so-called "impact" litigation or for litigation aimed at obtaining equal access on school campuses.

40. This diverted time would have been incurred even if litigation had not become necessary because SUNY Broome's denial of recognition of InterVarsity Broome has impeded InterVarsity's religious mission of sharing the Gospel with students across the SUNY system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2026

Greg Jao