# Jao Exhibit A:

## InterVarsity Webpage Describing its Purpose

DONATE

About Us

# Our Purpose



## In response to God's love, grace, and truth:

The purpose of InterVarsity
Christian Fellowship/USA
is to establish and advance
at colleges and universities
witnessing communities of students and faculty
who follow Jesus as Savior and Lord:
growing in love for God,
God's Word,
God's people of every ethnicity and culture,
and God's purposes in the world.

See how God is working!
View the impact from our ministry in 2023–2024.

Our Annual Report

Find a Chapter

Give

Subscribe

Study the Bible