# Jao Exhibit B:

## InterVarsity Webpage Describing its Ministry

DONATE

InterVarsity

# Our Ministry

## How We Do Ministry

We minister in a variety of ways, including planting chapters that reach every corner of campus, sending students to global missions fields, serving the larger Christian Church through our retreat and training centers, and producing award-winning books and video resources.

## Evangelism

Draw students to Jesus as Savior and Lord

Explore Evangelism

## Discipleship

Teach students to respond to God's Word

Grow in Discipleship

## Multiethnicity

Engage people of all cultures and ethnicities

Learn About Diversity

## Missions

Encourage service to God's purposes in the world

Get Involved

Join a Community

## on every corner of every campus



## Undergraduate

Learn More



## Graduate Students

Learn More



## Faculty

Learn More

## REACHING EVERYONE

Access InterVarsity

Arts Ministry

Asian American Ministries

Athletes InterVarsity

Black Campus Ministries

Black Scholars & Professionals

Emerging Scholars Network

Greek InterVarsity

Graduate Healthcare Ministries

International Student Ministry

Latino Fellowship

Law Ministry

MBA Ministry

Native InterVarsity

Nurses Christian Fellowship

Professional Disciplines

Women Scholars & Professionals

## going beyond campus



## MISSIONS

### Global Urban Trek

The Global Urban Trek immerses students in urban slums for seven weeks, where they discern whether God could be calling them to long-term service alongside the urban poor. Learn More

### Justice Programs

Come seek shalom alongside the marginalized on an InterVarsity Justice Program: weekend, weeklong, or summerlong ministry experiences that take place across the US. Learn More

### Study Abroad

Boldly engage a beautiful world by studying abroad on mission. Join InterVarsity Study Abroad for weekend retreats, spring break trips, virtual small groups, and semester programs. Learn More

### Link

We recruit, train, send, and help care for college graduates and InterVarsity staff who are called to minister to students overseas under the leadership of the International Fellowship of Evangelical Students (IFES). Learn More

### Global Programs

Global Programs are short-term, international journeys, where you may join a cultural and language exchange, serve with vulnerable populations and communities, minister alongside other Christians, or share the good news on campuses overseas. Learn More

## PUBLISHING & MEDIA

## InterVarsity Press

We publish thoughtful Christian books that serve those in the university, strengthen the Church, and develop mature disciples of Christ. Learn More

## Twentyonehundred Productions

We use media to influence the hearts and minds of students with the good news of Jesus Christ. Enjoy the video resources that we have produced. Video Resources

## Journal of Christian Nursing

We equip professional nurses, nursing students, and educators worldwide to practice from a biblically-based perspective. Learn More.