# Jao Exhibit C:

InterVarsity's Beliefs

DONATE

About Us

# What We Believe

## We believe in:

The only true God, the almighty Creator of all things,
existing eternally in three persons
Father; Son; and Holy Spirit; full of love and glory.

The unique divine inspiration,
entire trustworthiness,
and authority of the Bible.

The value and dignity of all people:
created in God's image to live in love and holiness,
but alienated from God and each other because of our sin and guilt,
and justly subject to God's wrath.

Jesus Christ, fully human and fully divine,
who lived as a perfect example,
who assumed the judgment due sinners by dying in our place,
and who was bodily raised from the dead and ascended as Savior and Lord.

Justification by God's grace to all who repent
and put their faith in Jesus Christ alone for salvation.

The indwelling presence and transforming power of the Holy Spirit,
who gives to all believers a new life and a new calling to obedient service.

The unity of all believers in Jesus Christ,
manifest in worshiping and witnessing churches
making disciples throughout the world.

The victorious reign and future personal return of Jesus Christ,
who will judge all people with justice and mercy,
giving over the unrepentant to eternal condemnation
but receiving the redeemed into eternal life.
To God be glory forever.

ADOPTED BY THE BOARD OF TRUSTEES OCTOBER 20, 2000

## our beliefs lead us to these core values

### CONTEXT
## Colleges and Universities

We are called to be a redeeming influence
among their people, ideas, and structures.

### FORMATION



## Community

We promote authentic relationships and redemptive communities
marked by God's grace and truth.



## Prayer

We express our faith, love, and dependence on God through lives of prayer and worship.



## Discipleship of the Mind

We engage in learning and thoughtful biblical reflection in every area of life.



## Scripture

We encounter the living God through Scripture and are transformed by the Holy Spirit as we read, study, teach, and obey his Word.



## Leadership Development

We develop women and men to serve as leaders at every level of InterVarsity and ultimately for the kingdom of God, honoring God's gifts and calling in them.



## Spiritual Formation

We cultivate intimacy with God and growth in Christlike character through personal and corporate spiritual disciplines, empowered by the Spirit.

## EXPRESSION



## Ethnic Reconciliation and Justice

We pursue ethnic reconciliation by practicing mutual empowerment, grace, and truth, and by promoting personal and systemic justice.



## Evangelism

We proclaim and live out the gospel with love and boldness, calling people to repentance, faith, and new life in Jesus Christ.



## Church

We partner with other campus ministries and local churches in campus ministry to equip students, faculty and staff to be lifelong active members in local congregations.



## Missions

We serve God and partner with his people to extend His kingdom cross-culturally on campus and around the world.



## Whole-Life Stewardship

We proclaim Jesus as Lord over all creation and culture, striving to integrate faith, life, and vocation in serving him.

*"Therefore, be imitators of God as dearly loved children and live in love, just as Christ also loved us and gave himself for us. . . "*

Ephesians 5:1–2

---

Learn About Our Ministry