# Jao Exhibit D:

InterVarsity Ministry
Playbook

InterVarsity

# THE MINISTRY PLAYBOOK

## A PRIMER FOR CAMPUS MINISTRY




# SUMMER 2026 COURSE CATALOG

# Table of Contents

## Introduction

01 Note from the Playbook Team
02 All Courses Overview
04 Bundles Overview

## Course Summaries

05 Orientation
06 Community
08 Discipleship
10 Evangelism
11 Leadership
14 Prayer
15 Scripture



## Bundles

16 Fundamentals of Campus Ministry 🧩
17 Leading Life-Changing Small Groups 👯
18 New Student Outreach 💬

SUMMER 2026

# Note from the Playbook Team

Dear Ministry Leader,

Welcome to the Ministry Playbook, where our vision is to empower anyone to plant and build campus movements. We are thrilled to have you on board!

The Ministry Playbook is designed to come alongside you and help you thrive in ministry, whether you are just starting out or are already expert. There is something for you here. We believe God is moving on college campuses, and we get to participate in this movement.

In this course catalog, we want to share with you all of our expertly crafted courses so you can take full advantage of the Playbook in your ministry.

We are here to serve you! If you have any questions, comments, or suggestions, please reach out to us at any time. We are honored to walk alongside you in campus ministry.

Grace and peace,
The Ministry Playbook team



**DON'T SEE WHAT YOU NEED? LET US KNOW!**

Give us your feedback and your suggestions for additional courses

SUMMER 2026

# All Courses

## ORIENTATION

- Getting Started with the Playbook
- Introduction to InterVarsity

## COMMUNITY

- Connecting with Faculty
- Following Up 💬🔥
- Growing Authentic Community 👯
- Growing My Networks
- Inviting Well 💬🔥
- Make Invitations 🧩
- Ministering Across Cultures
- Teach About Jesus 🧩

## DISCIPLESHIP

- Dealing with Anxiety
- Exploring Ethnicity, Race, and the Gospel
- Equip for the Future 🧩
- 🆕 Getting Started with Quiet Times
- Growing Disciples
- Ministering with Gen Z ❤️
- Understanding Human Sexuality and God's Big Story ❤️

## EVANGELISM

- Knowing Where Someone is Spiritually
- On Mission as a Small Group 👯
- Reaching Out to New Students 💬
- Running a Proxe Station 💬
- Sharing the Gospel 💬

BUNDLES

🧩 Fundamentals of Campus Ministry
👯 Leading Life Changing Small Groups
💬 New Student Outreach

🔥 Trending
❤️ Top Rated
🆕 New

## SUMMER 2026

# All Courses

## LEADERSHIP

- Coaching Others
- Developing Leaders 👯
- Discerning Campus Strategy 🧩
- Establishing Rhythms for Ministry & Revival (The 4 E's)
- Facilitating Great Discussions 👯🔥
- Introduction to Campus Ministry Activities 🧩
- Launching Your Small Group 👯
- Raise Up Leaders 🧩
- Seek Wholeness and Justice 🧩
- Sharpening Your Small Group Leadership Skills
- Stepping into Small Group Leadership 👯❤️🔥

## PRAYER

- Cultivate Spiritual Rhythms 🧩
- Cultivating Intimacy with God Together 👯
- Depending on the Spirit ❤️
- Leading a Prayer Meeting
- Praying For My Campus 💬

## SCRIPTURE

- Building Your Own Bible Study 👯❤️🔥

BUNDLES

🧩 Fundamentals of Campus Ministry
👯 Leading Life Changing Small Groups
💬 New Student Outreach

🔥 Trending
❤️ Top Rated

## SUMMER 2026

# Bundles

### FUNDAMENTALS OF CAMPUS MINISTRY

- Introduction to Campus Ministry Activites
- Discerning Campus Strategy
- Make Invitations
- Teach About Jesus
- Cultivate Spiritual Rhythms
- Seek Wholeness and Justice
- Raise Up Leaders
- Equip for the Future

### NEW STUDENT OUTREACH

- Reaching Out to New Students
- Praying for My Campus
- Inviting Well
- Running a Proxe Station
- Following Up
- Sharing the Gospel

### LEADING LIFE-CHANGING SMALL GROUPS

- Stepping into Small Group Leadership
- Building Your Own Bible Study
- Facilitating Great Discussions
- Growing Authentic Community
- Cultivating Intimacy with God Together
- Launching Your Small Group
- Developing Leaders
- On Mission as a Small Group

## Getting Started with the Playbook

Whether you're new to campus ministry or just wanting to grow your ministry skill set, we've got resources designed with you in mind. Take a tour of the Ministry Playbook to make the most of your experience.

## Introduction to InterVarsity

InterVarsity is a vibrant campus ministry that establishes and advances witnessing communities of students and faculty. And we believe that anyone can participate in it.

> "It was really powerful to see the impact and vision of InterVarsity—the desire for revival and a change in peoples hearts and actions brought about by nothing else but meeting and knowing Jesus."
>
> — Claudia (Undergrad Student), on *Introduction to InterVarsity*

ORIENTATION

## Connecting with Faculty

It's pretty simple—there just wouldn't be a campus be without faculty. So let's dive in to learn how we can serve and serve alongside these campus culture shapers and thought leaders!

***Key Tool: The Four Loves***

## Following Up 💬

We communicate care to those we follow-up with and we have the opportunity to welcome new people into our community.

***Key Tool: Follow-Up***

## Growing Authentic Community 👯

Safe and encouraging, challenging and supporting us as we all grow together in Christ—authentic community is a beautiful thing. Discover how you can help form this kind of community on your campus!

***Key Tool: Rhythms of Intimacy and Mission***

## Growing My Networks

When we think about the ways God has equipped us to serve him, we usually think of particular talents or time we can invest. But what about our networks, the people we know?

***Key Tool: Network Mapping***

## Inviting Well 💬

In every step of campus ministry, invitations are critical. We need to do all we can to make our invitations winsome and compelling, to cast our vision well and engage others.

***Key Tool: Compelling Invitations***

COMMUNITY

> "I really liked adding a personal connection to the invitation. I feel like this is a part of casting vision that I have been missing."
>
> — Caroline (Campus Minister), on *Inviting Well*

## Make Invitations

You will make a ton of invitations as a leader. We can help you make them healthy, effective, and—best of all—together, with your team. Use what you learn here to open doors for people to experience God's love with God's people on campus.

***Key Tool: A Healthy Invitation Culture***

## Ministering Across Cultures

Campuses are growing increasingly diverse. Are you prepared to minister across cultures? Learn how to identify cultural differences and provide a framework for navigating them well.

***Key Tool: The Approaching Differences Diagram***

## Teach About Jesus

Create welcoming communities of students and faculty who actively learn about Jesus and respond wholeheartedly to him.

***Key Tool: A Healthy Small Group Culture***

> "I really like how it explained in a way how differences in cultures are not "right" or "wrong" and our posture makes all the difference in entering cross cultural situations. I think it is a great tool to share with those wanting to enter more cross cultural ministry."
>
> — Jessie (Campus Minister), on *Ministering Across Cultures*

## Dealing with Anxiety

Experience God's peace in the midst of anxiety. Learn powerful, prayerful coping strategies rooted in Biblical wisdom, neuroscience, and Christian community support to navigate mental health challenges. Embrace the peace of Christ through practical, faith-led guidance.

***Key Tool: The 3 A's: Avoid Less, Accept More, Attach Better***

## Exploring Ethnicity, Race, and the Gospel

This course will help you understand your own ethnic and racial journey, in light of the gospel, by using The Big Story Gospel outline. With this foundation, you can enter these campus conversations with confidence and humility.

***Key Tool: Ethnic and Racial Identity through God's Big Story***

## NEW Getting Started with Quiet Times

Want to grow closer to God but don't know where to start? This course gives you a simple daily rhythm—Bible, prayer, vibes. Build a quiet time habit that sticks and watch your relationship with Jesus level up.

***Key Tool: Quiet Time***

## Growing Disciples

Help students and faculty become fully-devoted followers of Jesus using the Discipleship Cycle.

***Key Tool: The Discipleship Cycle***

DISCIPLESHIP

> "I love how simple, practical, and reproducible the D-Cycle is. I came into the course with a pretty good idea of what discipleship means in theory, but this course really helped demystify the on-the-ground process of discipling. I'm excited to try it out!"
>
> — Savannah (Campus Minister), on *Growing Disciples*

## Ministering with Gen Z

Connect with Gen Z in a deeper way by learning how we can all live into our generational gifts and overcome generational obstacles.

***Key Tool: Generational Theory***

## Understanding Human Sexuality and God's Big Story

Learn how human sexuality fits into God's Big Story, preparing you not just to talk fearlessly with peers but also to face the complexities of your own story.

***Key Tool:*** ***Building Trust with LGBTQ+ Students***

> "I really appreciated how big picture everything was. I'm an IV staff who was walking through the course with a student who is a brand new christian. Zooming out and using the four worlds to talk about sexuality was not only helpful for understanding God's intended design, but was also a great way to help a newer christian engage with God's overall created story."
>
> — Kaitlyn (Campus Minister), on *Understanding Human Sexuality and God's Big Story*

> "One practical thing that stood out - using language that honors the gifts of Gen Z while also challenging them. A great example is the question 'Who is missing?' That question honors of the gift of Gen Z inclusiveness while also points to the need for evangelism and stepping out of our safety to join in Jesus' inclusivity treasure hunt."
>
> — Paul (Minister Director), on *Ministering with Gen Z*

DISCIPLESHIP

## Knowing Where Someone is Spiritually

Identifying where someone is spiritually is critical for helping them take their next step of faith.

***Key Tool: The Five Thresholds***

## On Mission as a Small Group 👯

Understand how the Holy Spirit calls small groups, through core practices like Bible study and prayer, to be on mission together. Learn three basic strands for missional life on campus and beyond. And make a plan to lead your group in mission.

***Key Tool: Evangelism, Missional Service, Planting***

## Reaching Out to New Students 💬

Transform your campus and change lives through New Student Outreach: learn how to effectively prepare, connect, follow up, and debrief to make the most out of this pivotal ministry season!

***Key Tool: Love Neighbor, Reach Campus***

## Running a Proxe Station 💬

A Proxe Station is a simple, engaging evangelism tool that you can use on campus to spark conversations about Jesus. Students love them because they're fun, creative, and interactive. We love them because God uses them to change lives.

***Key Tool: Proxe Station***

## Sharing the Gospel 💬

What would you say to someone who's wondering what Jesus and Christianity are all about? How might you share the gospel and invite them to respond? The Big Story will equip you to share the gospel of Jesus Christ!

***Key Tool: The Big Story***

## Coaching Others

Using coaching circles to guide others through transformative learning experiences.

***Key Tool: Coaching Circles***

## Developing Leaders 👯

Leadership transforms us by deepening our faith and understanding in God. It makes us rely on the Holy Spirit differently. And it's an incredible gift to extend that invitation of leadership to others!

***Key Tool: Leadership Development Plan***

## Discerning Campus Strategy 🧩

Learn how to build a healthy community that discerns campus strategy together in partnership with the Holy Spirit through prayer and reflection on the Campus Continuum.

***Key Tool: The Campus Continuum***

## Establishing Rhythms for Ministry & Revival

Learn about the 4 E's—essential rhythms for ministry taken straight from the life of Jesus—to help you and those around you thrive in all that God's calling you to.

***Key Tool: The 4 E's***

## Facilitating Great Discussions 👯

A crucial part of being a small group leader is leading discussions—on everything from Scripture to where to go eat as a group. This course will equip you to lead discussions where people learn to listen and go deep together.

***Key Tool: 10 Tips to Strengthen Group Conversations***

LEADERSHIP

## Introduction to Campus Ministry Activities

Welcome to the Fundamentals of Campus Ministry! Although this course is tailored to Campus Staff Ministers (CSMs), we warmly welcome anyone who shares our passion for Jesus and college students.

***Key Tool:*** *Campus Ministries Activities Assessment*

## Launching Your Small Group

You're ready to launch your small group! You still may be nervous (that's normal). You still might not have the whole game plan (that's what this course is for). But you know it's time, and by the end of this course, you'll be equipped and ready!

***Key Tool:*** *Small Group Launch Checklist*

## Raise Up Leaders

Learn how to build a healthy culture of leadership in your chapter by developing students into leaders and supporting them through any challenges they may face along the way.

***Key Tool:*** *Leadership Development Plan*

## Seek Wholeness and Justice

We hear about brokenness and injustice every day. But God is bringing healing and liberation to our lives, our campuses, and the world. This course will help you think about, talk about, and lead a ministry that seeks wholeness and justice together.

***Key Tool: A Healthy Culture of Seeking Wholeness and Justice***

## Sharpening Your Small Group Leadership Skills

Revitalize your small group leadership skills. Reignite your vision and spiritual passion for guiding others. Enhance your abilities and bring new energy to your group.

***Key Tool:*** *Spiritual Practices Handout*

## Stepping into Small Group Leadership 👯

Saying yes to leading a small group is a risk. But it's also an adventure, and this course will help you take the first step! As you lead, you'll discover life-giving community and a growing love for Scripture.

***Key Tool:*** *Small Group Development Plan*



LEADERSHIP

PRAYER

## Cultivate Spiritual Rhythms 🧩

We long for spaces that help us grow closer to each other and to the God who created us. We can cultivate these by incorporating spiritual practices such as prayer, worship, Scripture reading, Sabbath, testimony sharing, and fasting.

***Key Tool: A Healthy Culture of Spiritual Rhythms***

## Cultivating Intimacy with God Together 👯

Individual time spent with God is essential. But God also designed us to grow closer to him through community! This course will help equip you to lead others together into beautifully intimate moments with God.

***Key Tool:*** *Prayer and Worship Activities for Small Group*

## Depending on the Spirit

Ministry is hard enough. But doing ministry without God's power? Futile. As you step on campus, we want to show you how to submit your efforts to the power and guidance of God's Holy Spirit.

***Key Tool: Listening Prayer***

## Leading a Prayer Meeting

Prayer meetings help communities of people encounter the intimate presence of God and be sent to join Jesus in the work he is already doing.

***Key Tool: Prayer Meeting***

## Praying for My Campus 💬

Cover your local campus in prayer. This course will help you recognize the unique value of prayer walking and teach you how to do it.

***Key Tool: Prayer Walking***

## Building Your Own Bible Study

Bible study has always been at the core of InterVarsity's ministry. This course will equip you to help others hear from God through scripture.

***Key Tool: Inductive Bible Study***

"Learning about the format and the approach to the inductive method helped me understand that I don't need to know everything in order to lead a small group, and showed me how I could do so."

— James (Ministry Volunteer), on *Building Your Own Bible Study*

# FUNDAMENTALS OF CAMPUS MINISTRY BUNDLE

## Introduction to Campus Ministry Activities

Welcome to the Fundamentals of Campus Ministry! Although this course is tailored to Campus Staff Ministers (CSMs), we warmly welcome anyone who shares our passion for Jesus and college students.

## Discerning Campus Strategy

Learn how to build a healthy community that discerns campus strategy together in partnership with the Holy Spirit through prayer and reflection on the Campus Continuum.

*View Quicksheet*

## Make Invitations

You will make a ton of invitations as a leader. We can help you make them healthy, effective, and—best of all—together, with your team. Use what you learn here to open doors for people to experience God's love with God's people on campus.

*View Quicksheet*

## Teach About Jesus

Create welcoming communities of students and faculty who actively learn about Jesus and respond wholeheartedly to him.

*View Quicksheet*

## Cultivate Spiritual Rhythms

We long for spaces that help us grow closer to each other and to the God who created us. We can cultivate these by incorporating spiritual practices such as prayer, worship, Scripture reading, Sabbath, testimony sharing, and fasting.

*View Quicksheet*

## Seek Wholeness and Justice

We hear about brokenness and injustice every day. But God is bringing healing and liberation to our lives, our campuses, and the world. This course will help you think about, talk about, and lead a ministry that seeks wholeness and justice together.

*View Quicksheet*

## Raise Up Leaders

Learn how to build a healthy culture of leadership in your chapter by developing students into leaders and supporting them through any challenges they may face along the way.

*View Quicksheet*

## Equip for the Future

Create a culture of equipping for the future by teaching students and faculty how to find a community of faith, integrate faith and work, steward their resources, integrate spiritual practices and get involved in mission and ministry.

*View Quicksheet*

LEADING LIFE CHANGING SMALL GROUPS BUNDLE

## Stepping into Small Group Leadership

Saying yes to leading a small group is a risk. But it's also an adventure, and this course will help you take the first step! As you lead, you'll discover life-giving community and a growing love for Scripture.

*View Quicksheet*

## Launching Your Small Group

You're ready to launch your small group! You still may be nervous (that's normal). You still might not have the whole game plan – but you know it's time, and by the end of this course, you'll be equipped and ready!

*View Quicksheet*

## Building Your Own Bible Study

Bible study has always been at the core of InterVarsity's ministry. This course will equip you to help others hear from God through scripture.

*View Quicksheet*

## Facilitating Great Discussions

A crucial part of being a small group leader is leading discussions—on everything from Scripture to where to go eat as a group. This course will equip you to lead discussions where people learn to listen and go deep togethe

*View Quicksheet*

## Growing Authentic Community

Safe and encouraging, challenging and supporting us as we all grow together in Christ—authentic community is a beautiful thing. Discover how you can help form this kind of community on your campus!

*View Quicksheet*

## Cultivating Intimacy with God Together

Individual time spent with God is essential. But God also designed us to grow closer to him through community! This course will help equip you to lead others together into beautifully intimate moments with God.

*View Quicksheet*

## Developing Leaders

Leadership transforms us by deepening our faith and understanding in God. It makes us rely on the Holy Spirit differently. And it's an incredible gift to extend that invitation of leadership to others!

*View Quicksheet*

## On Mission as a Small Group

Understand how the Holy Spirit calls small groups, through core practices like Bible study and prayer, to be on mission together. Learn three basic strands for missional life on campus and beyond. And make a plan to lead your group in mission.

*View Quicksheet*

# NEW STUDENT OUTREACH BUNDLE

## Reaching Out to New Students

Transform your campus and change lives through New Student Outreach: learn how to effectively prepare, connect, follow up, and debrief to make the most out of this pivotal ministry season!

***Key Tool: Love Neighbor, Reach Campus***

## Praying For My Campus

Cover your local campus in prayer. This course will help you recognize the unique value of prayer walking and teach you how to do it.

***Key Tool: Prayer Walking***

## Inviting Well

In every step of campus ministry, invitations are critical. We need to do all we can to make our invitations winsome and compelling, to cast our vision well and engage others.

***Key Tool: Compelling Invitations***

## Running a Proxe Station

A Proxe Station is a simple, engaging evangelism tool that you can use on campus to spark conversations about Jesus. Students love them because they're fun, creative, and interactive. We love them because God uses them to change lives.

***Key Tool: Proxe Station***

## Sharing the Gospel

What would you say to someone who's wondering what Jesus and Christianity are all about? How might you share the gospel and invite them to respond? The Big Story will equip you to share the gospel of Jesus Christ!

***Key Tool: The Big Story***

## Following Up

We communicate care to those we follow-up with and we have the opportunity to welcome new people into our community.

***Key Tool: Follow-Up***