**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INTERVARSITY CHRISTIAN FELLOWSHIP/USA et al.,<br>*Plaintiffs*,<br>v.<br>SUNY BROOME COMMUNITY COLLEGE et al.,<br>*Defendants*. | Case No. 3:26-cv-01623-MAD-MJK<br><br>**DECLARATION OF SOPHIA CHAN** |

I, Sophia Chan, pursuant to 28 U.S.C. § 1746, state and declare:

I am over eighteen years of age and competent to make this declaration.

1. I am an InterVarsity Campus Staff Minister at the University of Binghamton (SUNY Binghamton) and SUNY Broome Community College. All of these chapters are supported by InterVarsity's regional ministry to New York & New Jersey, which is within InterVarsity Christian Fellowship/USA (InterVarsity). In the InterVarsity New York & New Jersey regional ministry, there are 69 InterVarsity chapters.

2. As a Campus Staff Minister, I support, train, and empower student leaders to reflect Jesus' servant leadership by—among other things—training them to lead prayer, worship, and Bible studies, organize their campus ministries, and spiritually shepherd their peers. I also help support hospitable witnessing communities where students and faculty learn to love across differences, serve together, and reflect the diverse body of Christ. All of this also equips students to follow Jesus both at and beyond campus by integrating their faith with education, career, family, and everyday decisions for the rest of their lives.

3. I hold a B.S. degree from The College of New Jersey (TCNJ). I've worked as a Campus Staff Minister with InterVarsity since graduating from TCNJ over 6 years ago.

**InterVarsity Student Chapters**

4. I have reviewed the declaration of Gregory L. Jao, and his description of how InterVarsity chapters function, select, and train their leaders is consistent with my experience with the chapters I support.

5. As we say at InterVarsity, our student chapters are "student led" and "staff supported." What this essentially means is that I provide support and training to student leaders, but they are the ones who lead their chapters, including by determining the specific content of an InterVarsity chapter's religious expression. For example, the student leaders and I select guest speakers and identify religious topics to cover during events on campus; personally minister to their peers individually; plan and schedule ministry events on campus; communicate InterVarsity's message when interacting with administrators, staff, faculty, and students at their schools; and plan outreach and student activities to advance the chapter's religious mission. While the Gospel of Jesus Christ never changes, every InterVarsity chapter is different since it serves different campus communities filled with people from different backgrounds. So, it's both inevitable and important that student leaders contextualize the love of Christ for their specific campus contexts, while leaders are united by InterVarsity's shared statement of beliefs.

6. In addition to chapter activities like recruitment and community-building efforts, student leaders lead the two basic types of group meetings InterVarsity chapters hold on a regular basis—Bible studies and general chapter meetings.

7. Our small-group Bible studies are typically held on a weekly or bi-weekly basis during the semester. Student leaders oversee and participate in these studies, which involve small groups of students personally studying a passage of the Bible together, discussing how the

passage applies to their lives, and praying for one another.

8. InterVarsity chapters also hold general chapter meetings during each semester. A typical service lasts for about two hours. The services normally begin with a time of fellowship as the students arrive, which is then followed by 10-15 minutes of prayer, announcements, and ice breakers that are generally led by a staff-trained student. After opening in prayer, there are usually 10-15 minutes of singing worship songs and hymns, and that time is also generally led by student leaders, who also select the songs and hymns. After worship, the service continues with roughly an hour of Christian teaching and discussion that is either led by student leaders or by a guest speaker selected by the student leaders, and occasionally by staff. The service then typically closes with a student leader praying over the group and a brief time of fellowship. The content, format, timing, and location of the services are coordinated and led by student leaders, who are responsible for ensuring that each service is conducted in a manner that reflects and is consistent with InterVarsity's faith.

**Student Leader Training**

9. Given the significant spiritual responsibilities associated with running InterVarsity chapters and their religious meetings, InterVarsity requires its student leaders to agree with and exemplify InterVarsity's Christian values. Our leadership requirement is essential because student leaders are the ones who really represent and speak for InterVarsity's faith and Christian message on their own campus. They are the hands, feet, and face of Christ on campus.

10. To ensure that students are up to the responsibilities of leadership quality, every leader must review and agree with InterVarsity's statement of faith. I also help prepare and train student leaders for their Christian leadership role, and then provide ongoing support for them in that role.

11. During the semesters, I spend most of my time developing student leaders' skills both

through specific programs and through close-proximity mentorship. This is a highly relational process that varies from student to student, but it often involves me empowering students to lead Bible studies, campus events, or outreaches where students have the opportunity to tell other students about InterVarsity's Christian faith and invite students to InterVarsity's programs. With newer leaders, I will observe them week to week as they are leading in these new contexts and offer them specific feedback on how to better embody Jesus Christ and InterVarsity's faith as a leader. And I am on call when issues arise about leadership and ministry that they'd like to discuss.

12. Before assuming a leadership role and throughout their time as leaders, I also invite students to participate in formal leadership training programs InterVarsity provides. One example is *Basileia*, an annual five-day conference in the Adirondacks, where, through exploration of the Gospels, students can learn the ways of Jesus, including spiritual disciplines, alongside each other. Relatedly, InterVarsity desires that student leaders will discover, at *Basileia* , that healthy leaders find the source of their strength through personal intimacy with Jesus. Additionally, at *Basileia*, students receive training on how to effectively communicate the vision and mission of InterVarsity on their campuses. A true and correct copy of the InterVarsity Track Director Notes for the Leadership Track overviewing the programing at *Basileia* is attached as **Exhibit A**.

13. Another program, Go & Do, trains students to lead others in inductively studying the Bible, how to learn from the example of Jesus and the apostles' ministry, and how to thoughtfully impact the people around them for Jesus, including by inviting them into a missional community and demonstrating God's love in word and deed. A true and correct copy of the InterVarsity Missional Small Groups Leaders' Trainer's Notes overviewing the

programing at Go & Do is attached as **Exhibit B**.

14. I also direct InterVarsity student leaders to InterVarsity's substantial online training resources for developing their spiritual leadership abilities.

15. And when it comes to student leaders' passing the torch to the next generation of college students, I help train the current student leaders to identify other faithful Christian students who are humble, willing to serve, and have sufficient emotional intelligence to navigate some of the hard personal and interpersonal issues that arise in a ministry aimed at young adults.

**Supporting InterVarsity Broome**

16. InterVarsity began praying about planting a student chapter at SUNY Broome Community College (SUNY Broome) in April of 2024. That month, as part of a nationwide religious effort by Christian student ministries, a group of InterVarsity staff (including myself), InterVarsity Binghamton students, and students at SUNY Broome prayed together at SUNY Broome's campus. We walked around campus, praying about whether there was an opening to start a new chapter there. During the walk, we realized that God wanted us to support the start of a new InterVarsity chapter at SUNY Broome.

17. To support launching the InterVarsity Broome chapter (InterVarsity Broome), an existing leader from an InterVarsity student chapter at SUNY Binghamton, Joshua Goodwin, volunteered to intern with InterVarsity and help get the group off the ground. Joshua was ideal for the role: he had been a consistent presence in the Binghamton chapter and had displayed excellent leadership characteristics that we typically look for in InterVarsity student leaders. He was also a community college transfer, so he was personally familiar with the unique challenges that students face at a community college.

18. At the same time, we contacted several church partners in the area to alert them to the

opportunity if they had any students at their church who were attending SUNY Broome and might be interested in joining the InterVarsity Broome chapter.

19. In August of 2025, InterVarsity Broome started meeting, holding a regular Bible study with several SUNY Broome students. The group would read a passage from the Bible together, talk about what the text meant, ask how it could be applied to their lives, and pray together for the strength to live out the teachings of Christ. InterVarsity Broome grew to around a dozen SUNY Broome students. A true and correct photograph of one of our Bible studies is attached as **Exhibit C**.

20. Throughout the school year, a handful of students in the InterVarsity Broome chapter stood out as potential student leaders. Joshua and I mentored Jacob Sonner ("Jake") throughout the entire year, including letting him lead the Bible study and providing him direct feedback on ways to improve. He was incredibly effective at implementing the feedback and leading the other students, and embodied InterVarsity's Christian faith on campus well. Jake told us that he was a Christian, exemplified a healthy and growing walk with Christ, and regularly attended a local church. We also knew people at his church who we trusted who said Jake was a sincere Christian, had a good background in understanding and applying God's Word, and would be a great leader for the club.

21. Kate Collwell ("Kate") was another student who stood out for her leadership abilities. She was remarkably present with every person she encountered and yet she was very effective at communicating our Christian beliefs to larger groups. She was able to receive and implement feedback from mentors very well and has attended *Basileia*, the summer leadership trainings through InterVarsity.

22. Timothy Dreher ("Tim") also exhibited leadership qualities. Although Tim, like many

community college students, had a rigorous work and school schedule, he showed consistent commitment to InterVarsity Broome and the success of its ministry on campus.

23. Like Jake, Kate and Tim identified as Christians, attended local Christian churches, and demonstrated a healthy walk with Christ.

24. In December 2025, InterVarsity Broome selected Jake to be its president, Kate as its Vice President, and Tim as Treasurer.

**SUNY Broome Denies Recognition to InterVarsity Broome**

25. On January 11, 2026, consistent with SUNY Broome's Club Handbook procedures and to obtain access to benefits of club recognition, including equal access to campus, Jake started the process for having InterVarsity Broome receive official recognition as a sponsored student club.

26. Obtaining recognition was important because, while InterVarsity Broome was initially able to meet outdoors before the weather got too cold, it couldn't reserve regular space for its meetings as an official student club, which significantly depressed turnout and recruitment. And it is key that InterVarsity chapters can meet on campus. Campus access provides a free, safe, convenient, and consistent space for students to meet, develop a healthy community, and recruit more students. And this is especially true for chapters that exist at community colleges, such as InterVarsity Broome. Community college students are commuters and often come straight to campus for class and leave shortly afterwards, without much time spent in the vicinity of SUNY Broome otherwise.

27. Like other InterVarsity student chapters' constitutions, the InterVarsity constitution that Jake submitted to SUNY Broome made clear that InterVarsity welcomes all students as members but requires all student leaders to affirm InterVarsity's religious beliefs. The constitution stated that candidates for election as officers must "first agree with the Intervarsity statement of faith."

28. On January 27, 2026, SUNY Broome's Director of Student Activities, Dr. Nicholas

Kocieniewski, proposed suggested edits and revisions to the constitution. As relevant here, Dr. Kocieniewski placed a comment on InterVarsity's religious leadership requirement stating that "This cannot be included." Jake consulted with me about Dr. Kocieniewski's proposed changes, and I explained that InterVarsity requires all chapter leaders to agree with its religious beliefs.

29. Jake told Dr. Kocieniewski via email that InterVarsity Broome would not remove its religious leadership requirement. Dr. Kocieniewski responded that SUNY Broome would not proceed with the vote for recognizing InterVarsity Broome. Jake replied and explained that InterVarsity Broome could not remove the leadership requirement, and copied me on that email. I then emailed Dr. Kocieniewski and asked if he could clarify why InterVarsity Broome had been instructed that it could not include the religious leadership requirement in its constitution, and emphasized that our religious practice of requiring student leaders to affirm InterVarsity's religious beliefs was protected by federal law. In an effort to ensure the vote on InterVarsity Broome's recognition could proceed, I also offered to speak with Dr. Kocieniewski. A true and correct copy of that email is attached as **Exhibit D**.

30. Dr. Kocieniewski responded that "after careful consideration with SUNY Broome's Vice President of Student Development and Chief Diversity Officer, Dr. Carol Ross-Scott, we cannot permit you to restrict eligibility for leadership based on religious beliefs." According to SUNY Broome, our religious leadership requirement violated "Section 2.2 of the Club Handbook" and "the SUNY Broome Non-Discrimination Statement," which had "been reviewed by SUNY Broome's Legal Council [sic] and continue to apply in this case."

31. The next day, Dr. Kocieniewski posted SUNY Broome's rejection on the application portal. It stated the application was "Denied" because InterVarsity Broome's constitution "is

in violation of the Club Handbook Open Access policy (Section 2.2 of the Club Handbook) and the SUNY Broome Non-Discrimination Statement (Policy No.: GA2001)."

32. As far as I am aware, SUNY Broome never received any student complaints about InterVarsity Broome's proposed leadership selection policies and practices.

**SUNY Broome's Denial Burdens InterVarsity's Ministry**

33. SUNY Broome's actions have burdened InterVarsity's ability to carry out its religious mission and express its Christian beliefs.

34. SUNY Broome's actions burden InterVarsity's religious mission by denying InterVarsity Broome recognition and benefits on the basis of its religious leadership criteria. This denial impedes the religious message of InterVarsity, InterVarsity Broome, and its student leaders by forcing them to choose between foregoing generally available benefits or giving up their constitutional and statutory right to choose leaders who agree with InterVarsity's religious beliefs. It also places a stigma on InterVarsity at SUNY Broome that restricts the chapter's ability to recruit members, find leaders, and become a part of campus life.

35. For example, the denial of recognition restricts InterVarsity from reserving free meeting rooms, the only free, safe, consistent, and logistically feasible spaces for students to meet and also dampens the number of events the chapter can hold. Without access to campus, it is difficult, if not impossible, to have the presence and continuity necessary to have a healthy chapter. That is especially true at a community college, where the student population is more transient. Students have a hard enough time finding and creating community in that type of environment. Similarly, the ability to find and train leaders is at a premium in community colleges, where students on average attend half the number of years as other undergraduate institutions. That all is made more difficult when physical access is restricted.

36. The denial of recognition also restricts InterVarsity's ability to pass out flyers, conduct outreach events on campus, and appear on campus social calendars, all key elements in creating a robust and durable community, especially at a community college. To continue accomplishing its religious mission, serving its members, and reaching out to the campus community, InterVarsity Broome has been forced to rely on word-of-mouth outreach and to make its own accommodations for events and Bible studies.

37. That is different from how we operate on other campuses. For comparison, at other Universities where I serve as Campus Staff, we regularly hold 6 or more events in the first months of the year. Those events include things like: Bible studies where scriptural teaching is applied afresh to contemporary issues; off-campus retreats; flower arranging; pumpkin painting; a build-a-bear event; Zumba workout classes; ice cream socials; brunches and barbeques; card and board game nights; and facilitating café style gatherings where students can study, eat snacks, and drink coffee. True and correct photographs of such events are attached as **Exhibit E and Exhibit F,** and a representative flier advertising events from the Binghamton InterVarsity chapter is attached as **Exhibit G**.

38. These events are vital to not only introducing our ministry to students, but also in making sure students are creating community, integrating into campus life, and effectively making the transition to college—all of which are especially difficult at community colleges.

39. The denial of official recognition also prevents InterVarsity Broome from having other benefits that are openly available to recognized student groups, such as participation in the Student Activities and Services Fairs in the fall and winter semesters, access to the bulletin board announcement system, and the ability to conduct "tabling" (setting up and running invitation tables in busy areas of campus). These impediments restricted the club's health and

growth and made it much harder to meet.

40. Again, that's different than my experience on other campuses, where we're able to table events regularly. True and accurate photographs of InterVarsity tabling at other events is attached as **Exhibits H** and **I**.

41. For instance, at SUNY Binghamton, the InterVarsity chapter is able to table events, including the student fair. A true and accurate photograph of the InterVarsity table at the Binghamton Student Fair is attached as **Exhibit J**.

42. The denial of recognized status also prevents InterVarsity from being able to apply for funding available to recognized student groups or receive any other benefits ordinarily granted to other recognized student groups by SUNY Broome, which would assist InterVarsity Broome substantially.

43. Again, at other campuses, the chapters I supervise have access to University funding, which has, among other things, helped offset transportation costs and food expenses.

44. Further, SUNY Broome's actions have burdened InterVarsity's ministry more broadly. For instance, I have had to spend time I otherwise would have used to provide ministry outreach and support to InterVarsity Broome and other InterVarsity chapters in the area to ensure compliance with SUNY Broome's recognition process, explain and discuss the situation with students and supervisors, and handle numerous phone calls and meetings dealing with the fallout and harm of the denial of recognized status. If not for the denial, I would have otherwise spent this time on other ministry advancing tasks, such as supporting other student chapters, training new student leaders, raising financial resources, developing relationships with faculty and staff in the community, engaging in one-on-one personal religious ministry activities such as prayer and religious teaching, and preparing to support other InterVarsity ministry objectives.

45. We've also had to divert resources into trying to educate SUNY Broome officials about the rights of religious student groups like InterVarsity. This frustration of mission and diversion of time and other resources continue to harm InterVarsity.

46. The diversion of InterVarsity's resources and the denial of benefits continue to impact our ministry. Our staff and our student leaders continue to use time that would have gone to ministry activities to try to deal with logistical and other burdens coming from the denial of recognition and benefits. All of the normal activities of a student club are harder without recognition.

47. I conservatively estimate that I personally have had to spend at least 10 hours dealing with the consequences of SUNY Broome's actions. And I estimate that students within the chapter have diverted approximately 5 hours from ministry activities for the same reason. Those hours will continue to grow as we progress into the new year and have to raise more funds, find alternative meeting spaces, and face the other logistical burdens created by SUNY Broome's denial of recognition and benefits.

48. To be clear, InterVarsity Broome is its own Christian ministry that, as a chapter of InterVarsity, is distinct from SUNY Broome. InterVarsity Broome existed before it applied for recognition and still did after it was denied recognition. We still had our members and leaders, and still continued our Bible studies, prayer groups, and worship services without registered status.

49. But denial of recognition severely harms InterVarsity's ability to do ministry. Being denied equal access to the campus community and University resources, and being saddled with the stigma of not being recognized, diminishes our ability to serve our community in the many ways described above.

50. Based on my years of experience with InterVarsity chapters on a variety of campuses, I do not believe it will be possible to have a healthy club at SUNY Broome without recognized status. In my experience, recognized status is crucial for recruitment, finding quality leadership, outreach, longevity, and visibility. And being denied recognition puts a stigma on InterVarsity Broome that recognized clubs aren't burdened by.

51. If InterVarsity Broome was allowed to become recognized without sacrificing its religious leadership requirements, it would do so immediately. And it would promptly be able to focus on expanding its presence on campus and using the benefits of recognized status to further its ministry goals and positively impact the lives of students.

I decare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 26, 2026

/s/________________
Sophia Chan