# Chan Exhibit J:

Binghamton Student
Activities Fair


InterVarsity
CHRISTIAN FELLOWSHIP/USA
BINGHAMTON UNIVERSITY