**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

INTERVARSITY CHRISTIAN FELLOWSHIP/USA et al.,

*Plaintiffs*,

v.

SUNY BROOME COMMUNITY COLLEGE et al.,

*Defendants*.

Case No. 3:26-cv-01623-MAD-MJK

**DECLARATION OF JACOB SONNER**

I, Jacob Sonner, pursuant to 28 U.S.C. § 1746, state and declare:

1. I am over eighteen years of age and fully competent to make this declaration.

2. I am a current student at SUNY Broome Community College (SUNY Broome). Since December 2025, I have served as President for the InterVarsity Christian Fellowship of SUNY Broome ("InterVarsity Broome").

3. InterVarsity Broome is a Christian organization. It is affiliated with the national InterVarsity Christian Fellowship/USA organization ("InterVarsity").

4. InterVarsity Broome's mission "is to establish and advance at colleges and universities witnessing communities of students and faculty who follow Jesus as Savior and Lord." *About Us: Our Purpose*, InterVarsity (2026), https://perma.cc/KUW3-LTRX.

5. As InterVarsity Broome's proposed constitution puts it, InterVarsity Broome exists at SUNY Broome "to display a love from out of this world to every single student on campus, regardless of age, race, cultural upbringing, or gender. We recognize that students long for purpose and community, and strive to close the gap of emptiness and loneliness on campus. We will be a place of unity and belonging, spreading true love through the good news of Jesus Christ." A true and accurate copy of InterVarsity Broome's proposed constitution is attached as **Exhibit A**.

6. To do this, InterVarsity Broome meets regularly at or near SUNY Broome to practice and express our faith together, including by sharing the love of Jesus with others. All students and faculty are welcome to be part of our gatherings and to join our religious discussions, activities, prayer times, and Bible studies.

7. While anyone is welcome to participate in InterVarsity Broome, students who want to serve as an InterVarsity Broome student leader need to affirm our religious beliefs. That includes such core religious beliefs as Trinitarian theology and belief in the authority of Scripture; that all humans have inherent dignity and value because they are created in God's image; that Jesus Christ was divine and sinless; that he died a substitutionary death followed by a bodily resurrection; that people can be saved from their sin and reunited with God by God's grace and through faith in Christ's sacrifice; that God lives in believers in the form of the Holy Spirit; and that all believers are called to unity and to worship together in Christian communities. InterVarsity Broome's statement of beliefs can be found on InterVarsity's website. *See About Us: What We Believe*, InterVarsity (2026), https://perma.cc/5M6K-E7UB.

8. InterVarsity Broome's religious leadership requirement is crucial because our student leaders are the primary embodiment of our faith and Christian message at SUNY Broome. While we receive training and support from InterVarsity staff, it is the student leaders who are doing things like leading our Bible studies and prayers, doing one-on-one ministry to our peers, texting and emailing our fellow students to remind them about upcoming meetings, and offering prayer and spiritual encouragement to our fellow students.

9. I work with my fellow student leaders to decide how our chapter is going to express Christ's love. For example, I help spearhead the groups' religious meetings and Bible studies; assist with leading and participating in prayer, worship, evangelism, and religious teaching;

personally minister to my peers individually; help decide the religious content of our meetings; and communicate InterVarsity Broome's message when interacting with administrators, staff, faculty, and students at SUNY Broome.

10. While being denied recognition by SUNY Broome has burned up hours of my time as a leader for InterVarsity Broome, I've still spent most of my time as president working on the spiritual aspects of leading our campus ministry. My co-leaders have been able to devote an even higher percentage of their time to those aspects. And if it hadn't been for the recognition denial, we'd all be spending over 90% of our time focused on Bible studies, prayer, student ministry, and the like.

11. Because student leaders are so important to InterVarsity's and InterVarsity chapters' ministries, InterVarsity informs us ahead of time about the significant spiritual role leaders are entering; prays with us to discern whether we should seek and accept leadership roles; supports us as leaders; gives us access to tons of great InterVarsity courses and other resources on how to be faithful and effective leaders; and helps us develop our leadership skills in training sessions, retreats, and conferences, including personal mentorship by InterVarsity staff. Our training carries on throughout the year, as InterVarsity staff teaches us how to lead by sharing our faith with others, praying with others, leading folks in worship, and holding solid Bible studies.

12. Before taking this leadership position, InterVarsity made sure that I understood the significant spiritual commitment that I was taking on. InterVarsity explained that student leaders must exemplify Christ-like character, conduct and leadership, and that I would be expected to do this if I accepted the position. They also confirmed that I am a Christian and that I regularly attend a local Christian church. And they understood from respected members of my church who they knew and trusted that I have a sincere and healthy Christian faith, have been taught on how to

interpret and apply Scripture and how to provide leadership in a ministry setting, and thus am a good candidate for leadership.

13. In December 2025, I was selected to serve as InterVarsity Broome's President. Before stepping into this role, I was mentored by Sophie Chan, an InterVarsity campus ministry staff member, and Joshua Goodwin, who was a student leader at Binghamton University who helped launch the SUNY Broome chapter. They provided me with training materials, constructive feedback, methodological approaches to leading Bible studies and post-Bible study debriefs, and ministry insights. InterVarsity also offered me the opportunity to attend training retreats and conferences. I haven't been able to attend them yet because of my work ministering to younger students as a counselor at a Christian summer camp, but I know my fellow InterVarsity Broome officers have, and I've seen them using the skills they developed there to help with leading our prayer, Bible study, and other ministry activities.

14. Since becoming an InterVarsity Broome leader, I've also attended weekly meetings with InterVarsity staff and other volunteer leaders, which InterVarsity uses to equip and encourage us to lead on campus, and help us brainstorm ministry outreach ideas and plan for upcoming events.

15. InterVarsity Broome has been a big part of my experience as a student at SUNY Broome. It helped me to build relationships and connections with other students, which can be difficult at a school where most students are commuters, spend little time on campus, and only attend for about two years. It's taught me to grow as a leader, to be confident and bold in modeling and expressing my faith, and to talk about difficult spiritual questions from a Christian perspective.

16. In January 2026, I applied for InterVarsity Broome to get officially recognized status as a student club. Our goal was to obtain access to the benefits of club recognition, which are laid out

in the 2025-26 SUNY Broome Club Handbook. A true and accurate copy of this handbook is attached as **Exhibit B**.

17. That's important for us because official recognition would help us reach and minister to our fellow students, and the many benefits that come with official recognition would substantially help that effort. While we'd been able to get off the ground without recognition, it took a ton of work that we knew our club couldn't sustain over the long haul. And we knew that not having recognition was really holding us back.

18. Being able to reserve and use rooms on campus is especially important for InterVarsity Broome given the transitory nature of SUNY Broome students at a commuter school. SUNY Broome students come to campus less often, stay for shorter periods of time, and graduate faster. So, we need to be able to reserve space at a central campus location and at regular, reliable times that are convenient for commuting students if we're going to survive as a club. Without reliable access to space, it is difficult for even the most interested students to join us.

19. It's also important for InterVarsity Broome that we can recruit members on campus like other recognized groups can, such as by "tabling" at the Student Activities and Services Fairs and other times on campus. ("Tabling" means setting up tables on campus that have give-away items, info about a club, and other things students would want to learn about us; club leaders and members stand at the tables too so they can answer questions.) It also includes being added to the student club webpage (where students go to find clubs), being able to use that webpage for advertising our events, posting flyers on campus bulletin boards, and hosting recruitment events. Again, with how fast students graduate at SUNY Broome, we really need to be able to quickly recruit new members and find the next generation of leaders.

20. On January 11, 2026, I went through the club recognition application process on The Swarm, SUNY Broome's student organization website. Part of that application process included submitting InterVarsity Broome's constitution. The constitution included our requirement that student leaders agree with our faith, specifically the InterVarsity statement of beliefs referenced in paragraph 7.

21. After I finished SUNY Broome's online submission, I received a message that my submission had been received. A true and correct copy of the confirmation email I received after submitting the application on The Swarm is attached as **Exhibit C**.

22. A couple of weeks after I submitted the application, on January 27, I received messages via The Swarm from Dr. Nick Kocieniewski, the Director of Student Activities at SUNY Broome. He put some edits and comments in our submitted constitution. One of his comments said that InterVarsity Broome's religious leadership requirement "cannot be included." A true and correct copy of Dr. Kocieniewski's revisions to the proposed constitution are attached as **Exhibit D**.

23. Initially, I sent him back a revised constitution that just adopted all his edits. But after some reflection, I realized that didn't seem right. So on February 19, I emailed him and let him know that InterVarsity Broome had talked it over and now intended to proceed with the original constitution, including particularly the religious leadership requirement. We hoped to have the Student Assembly review and approve this constitution with our application. A true and correct copy of this email is attached as **Exhibit E**.

24. But the next day, February 20, and just a few hours before the Student Assembly was set to meet, Dr. Kocieniewski responded to me in an email telling me that since InterVarsity Broome was proceeding with the original constitution, the vote for recognition of InterVarsity Broome would be delayed. A true and correct copy of this email is attached as **Exhibit F**.

25. I immediately responded to explain that InterVarsity Broome could not remove the religious leadership requirement. I also copied Sophia Chan, the local InterVarsity campus minister, so that she could try and help with Dr. Kocieniewski's concerns. A true and correct copy of this email is attached as **Exhibit G**.

26. That same day, Sophia also contacted Dr. Kocieniewski and asked if he could clarify why he'd told us that InterVarsity Broome could not include the religious leadership requirement in our constitution. She told him that our religious practice of requiring student leaders to affirm InterVarsity's religious beliefs was protected by federal law. She offered to speak with him if he had any questions, hoping the vote on InterVarsity Broome's status could happen at the General Assembly's next meeting a couple of weeks later.

27. But three days later, on February 23, Dr. Kocieniewski sent me an email saying that InterVarsity Broome's constitution wouldn't go to the General Assembly at all. He said it was because, "after careful consideration with SUNY Broome's Vice President of Student Development and Chief Diversity Officer, Dr. Carol Ross-Scott, [SUNY Broome] cannot permit [InterVarsity Broome] to restrict eligibility for leadership based on religious beliefs." He said that our religious leadership requirement violated "Section 2.2 of the Club Handbook" and "the SUNY Broome Non-Discrimination Statement." Dr. Kocieniewski explained that "[t]hese policies have been reviewed by SUNY Broome's Legal Council [sic] and continue to apply in this case." A true and correct copy of this email is attached as **Exhibit H**.

28. On February 24, Dr. Kocieniewski posted a denial of our club's application on The Swarm, stating that our constitution was "in violation of the Club Handbook Open Access policy (Section 2.2 of the Club Handbook) and the SUNY Broome Non-Discrimination Statement (Policy No.: GA2001)." A true and correct copy of this denial is attached as **Exhibit I**.

29. I've never heard of any student complaints against InterVarsity Broome based upon our leadership policies, then or now. So I was stunned when SUNY Broome denied us recognition. And I was really disappointed to hear that SUNY Broome said no even after InterVarsity's president went to bat for us. Being denied official recognition has made it incredibly hard to have a healthy club and required a lot more work just to stay afloat. In addition to being denied all the benefits of recognition, SUNY Broome's decision basically segregates us from the other student groups on campus and sends a message that InterVarsity Broome is an outsider and not a full member of the campus community. That stigma makes our already-tough outreach and membership recruitment efforts even more challenging. It's also going to make it a ton harder for our current leadership to find students to replace us when we leave. So if we're not able to get recognition, I fear the club won't be able to last very long. It certainly isn't going to be able to be strong like other clubs at SUNY Broome, or like InterVarsity clubs on other campuses.

30. Our club at SUNY Broome wants official recognition, but we can't give up our religious leadership standards. Because SUNY Broome has repeatedly made it clear that InterVarsity Broome's religious leadership requirement isn't allowed and that our club can't even be considered for recognition before removing our requirement, there's no point in us trying to re-submit our application for official recognition right now. But as soon as SUNY Broome's rule against our religious leadership requirements is fixed, I and the rest of InterVarsity Broome's leadership are ready, able, and fully intend to promptly submit an application for recognition that complies with all of SUNY Broome's other recognition requirements. We want to get our club recognized, just like other clubs.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 27th day of August, 2026.

/s/ Jacob Sonner
Jacob Sonner