# Sonner Exhibit A:

## Proposed InterVarsity Broome Constitution

# SUNY Broome Community College

# INTERVARSITY CHRISTIAN FELLOWSHIP CONSTITUTION

Article 1 – Name and Purpose

The name of this organization shall be Intervarsity Christian Fellowship
***Abbreviations: IVCF***

The organization's purpose is to:

*The unique purpose of this club at Broome Community college is to display a love from out of this world to every single student on campus, regardless of age, race, cultural upbringing, or gender. We recognize that students long for purpose and community, and strive to close the gap of emptiness and loneliness on campus. We will be a place of unity and belonging, spreading true love through the good news of Jesus Christ.*

Article 2 – Membership

Section 1 – Members

What does it mean to be a Member of IVCF?

*Being a member of IVCF not only means someone is a part of our mission for this campus, but they are also a part of a much broader mission for all schools nationwide. As a nationally recognized organization, students who join this club will be part of a nationwide effort as well as on campus to spread the love of Jesus we have all grown to know. Being a Member will also allow you to find community and loving friendships during a time when it may be difficult to find your people, not just here at Broome but also through our pipeline at Binghamton University. Choosing to be a Member will end up being one of the best decisions someone could make. No faith background is needed, and we accept anyone and everyone to know the plan Jesus has for them.*

How does one remain an active Member?

- By attending meetings regularly as well as special events when you can
- Being part of the Broome IVCF GroupMe
- Being yourself
  *In order to vote for club government positions, one must have attended at least 60% of Broome IVCF meetings*

The Club shall be comprised of the Executive Board, Committee Members, and Advisor(s). The Executive Board shall consist, in order of succession, of the President,

Vice President, Multi-Campus Coordinator, and Treasurer. The advisor(s) will be decided by the members of IVCF.

Section 2 – Membership Responsibilities

In order to support the purpose of this organization, IVCF members must adhere to the following standards:

a. All members must be good standing with SUNY Broome

b. All members shall be responsible for comprehending and abiding by the constitution, by-laws, and all other foundational documents of IVCF

c. All members shall maintain professionalism and strive to represent IVCF in the most positive manner possible.

d. All executive members must maintain at least a GPA of 2.50.

Article 3 – Officers and their Duties

Section 1 – Officers

The organization's Executive Board shall consist of a President, a Vice President, Secretary, Treasurer, Multi-Campus Coordinator, a Student Senate Representative and an optional Community Service Coordinator. All officers must maintain satisfactory academic standing (minimum 2.50 accumulative average).

Section 2 – Duties of Officers

For IVCF run events, at least one officer is to sign up to work and coordinate the volunteer's efforts.

The President shall preside at all meetings of the organization as well as planning and coordinating special events throughout the semester. They will also be responsible for coordinating with BU IVCF.

The Vice President shall serve in the temporary absence of the President. The Vice President shall also aid in membership retention, relations, and constitution review, as well as assist the President in their duties when needed and maintain a connection with BU IVCF.

The Treasurer shall oversee the budget for the club including the Activity Fee and Earned Income Account. The Treasurer shall also submit and approve all purchases, and follow all Suny Broome policies regarding funds.

The Multi-Campus Coordinator shall be in direct contact and shall communicate with the heads of BU IVCF, as well as be the spokesperson for Broome IVCF at BU IVCF when needed. Any event or relations that involve both BU and Broome IVCF this position will take a leading role.

Article 4 – Election of Officers

Section 1 – Election

All officers shall be elected by a majority vote of the IVCF membership at the second to last meeting of the semester, at the beginning of each academic year. Candidates for the officer positions for the following semester will be nominated at the third to last meeting of the current semester, and voting will take place at the following meeting. Nominations must be made by IVCF members in person, or in writing to the IVCF Advisor(s). Self-nominations are allowed. A nomination must be accepted by the nominee prior to the second to last meeting of the current semester, in order for the candidate to be considered in the election. *In order to be able to be elected, you must also first agree with the Intervarsity statement of faith*

Section 2 – Resigned or Vacant Officers

In the event that the Presidency is vacated, the Vice President will move in line of succession to the Presidency, and a new Vice President will be elected by the organization's membership. The Vice President may choose to remain as the Vice President. In the event the Vice President declines, a general election will be held following a one-week waiting period for the purpose of qualification and/or campaign.

Section 3 – Removal of Officer(s)

All officers are considered student leaders and therefore must behave in a manner that complies to their officer responsibility description and Student Code of Conduct. Due to the nature of this club and the high involvement and need for effective student leaders, executive board officers who are not fulfilling their description can be removed from office by a two-thirds vote of all active members, or by direct decision of the Director of Student Activities on extenuating circumstances.

Section 4- Resignation

Officers wishing to resign should do so by email to the advisor(s). An officer is considered inactive after failing to respond to emails, failure to attend meetings, and failing to communicate over a prolonged and extended period of time.

Article 6 – Finances

The organization's yearly stipend will be spent according to all SUNY Broome policies.

Article 8 – Constitutional Review

Section 1 – Frequency of Review

The organization's constitution shall be reviewed by the membership each academic year, and when necessary upon request of the Student Senate.

Section 2 – Constitutional Amendments

When a proposed amendment to the constitution is presented to the organization, at least one week must elapse before the proposal can come to vote.

Constitutional amendment requires a two – thirds (2/3) majority vote to the organization's membership.