# Sonner Exhibit C:

## January 11, 2026 Automated Email Confirming Request to Register Club

SUNY BROOME

**Sonner, Jacob <sonner**REDACTED

## Registration Confirmation: Intervarsity Christian Fellowship

**The Swarm** <noreply@engage.mail.campuslabs.com> Sun, Jan 11, 2026 at 7:42 PM
To: sonnerREDACTED

**This message confirms that you submitted a registration application for Intervarsity Christian Fellowship on 1/11/2026 at 7:42 PM.**

Your submission will be reviewed and you will receive a message once it has been processed.

You are receiving this email because you are a member of The Swarm.

Manage your email preferences.