# Sonner Exhibit E:

February 19, 2026 Email
From Jacob Sonner to Dr. Kocieniewski
Regarding InterVarsity Broome Constitution

**Sonner, Jacob <sonner** REDACTED

## IVCF Constitution

**Sonner, Jacob** <sonne REDACTED Thu, Feb 19, 2026 at 3:41 PM
To: "Kocieniewski, Nick M" <kocieniewskinm@sunybroome.edu>

Hey, just wanted to reach out before the vote tomorrow at 3pm. I've spoken with my supervisors for Intervarsity and we've come to the decision to have the original submitted constitution(the one with the clause) to be voted on, not the new one(without the clause) I gave to you.

Thanks,
Jake Sonner