# Sonner Exhibit F:

February 20, 2026 Email
From Dr. Kocieniewski to Jacob Sonner
Regarding Recognition

**Sonner, Jacob <sonnerREDACTED**

## IVCF Constitution

**Nick Kocieniewski** <kocieniewskinm@sunybroome.edu> Fri, Feb 20, 2026 at 10:07 AM
To: "Sonner, Jacob" <sonnerREDACTED

Good morning, Jacob,

Thank you for reaching out regarding this matter. At this time, the constitution you referenced will need to be sent to the General Assembly for review before it can be placed on the agenda for a vote. This process requires additional time. As a result, the vote on recognition for the Intervarsity Christian Fellowship will need to be tabled and will not appear on today's meeting agenda.

Please let me know if you have any questions.

Best,
Dr. Nick Kocieniewski

On Thu, Feb 19, 2026 at 3:45 PM Sonner, Jacob <sonnerREDACTED> wrote:

> On Thu, Feb 19, 2026 at 3:41 PM Sonner, Jacob <sonnerREDACTED> wrote:
>
> > Hey, just wanted to reach out before the vote tomorrow at 3pm. I've spoken with my supervisors for Intervarsity and we've come to the decision to have the original submitted constitution(the one with the clause) to be voted on, not the new one(without the clause) I gave to you.
> >
> > Thanks,
> > Jake Sonner