# Sonner Exhibit G:

February 20, 2026 Email
From Jacob Sonner to Dr. Kocieniewski
Regarding Recognition

SUNY BROOME

**Sonner, Jacob <sonner** REDACTED

## IVCF Constitution

**Sonner, Jacob** <sonner REDACTED
Fri, Feb 20, 2026 at 12:26 PM
To: Nick Kocieniewski <kocieniewskinm@sunybroome.edu>
Cc: sophia REDACTED

Our Intervarsity representative shared that we cannot remove that theological statement clause for our leadership, as it is a federally protected right for religious groups to have a statement of belief. Removing it from the constitution would be a step back for advocating for religious life on campus. I've CCed my InterVarsity Staff Representative who will be following up within the week to see if we could come to an agreement.

Thanks,
Jacob Sonner
[Quoted text hidden]