# Sonner Exhibit H:

February 23, 2026 Email
From Dr. Kocieniewski to Jacob Sonner
Regarding Denial of Recognition

SUNY BROOME

**Sonner, Jacob <sonner** REDACTED

# IVCF Constitution

**Nick Kocieniewski** <kocieniewskinm@sunybroome.edu> Mon, Feb 23, 2026 at 1:09 PM
To: "Sonner, Jacob" <sonner REDACTED
Cc: sophia REDACTED

Hi Jacob,

Thank you for following up and for sharing that information. I appreciate you including your InterVarsity representative so we can have a thoughtful and informed conversation about this.

Please note that including the Statement of Faith in the constitution is not an issue. It certainly may be included as an appendix, supporting document, and/or referenced within the mission statement of the club.

However, after careful consideration with SUNY Broome's Vice President of Student Development and Chief Diversity Officer, Dr. Carol Ross-Scott, we cannot permit you to restrict eligibility for leadership based on religious beliefs. This is noted in Section 2.2 of the Club Handbook (attached again for your reference) and also is outlined in the SUNY Broome Non-Discrimination Statement (Policy No.: GA2001) attached.

These policies have been reviewed by SUNY Broome's Legal Council and continue to apply in this case.

I hope this helps.

Best,
Dr. Nick Kocieniewski

[Quoted text hidden]

**2 attachments**

**GA2001-Non-Discrimination-Statement.pdf**
122K

**2025-2026 Club Handbook.pdf**
460K