# Sonner Exhibit I:

## February 24, 2026 Denial of Recognition

Denied

**Date:** Tue, Feb 24, 2026 9:24 AM EST

**By:** Nick Kocieniewski

**Comment:** Jake Sonner has rescinded the edited constitution via email. The constitution originally submitted is in violation of the Club Handbook Open Access policy (Section 2.2 of the Club Handbook) and the SUNY Broome Non-Discrimination Statement (Policy No.: GA2001).