**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INTERVARSITY CHRISTIAN FELLOWSHIP/ USA, et al.,<br>*Plaintiffs*,<br>v.<br>SUNY BROOME COMMUNITY COLLEGE, et al.,<br>*Defendants*. | Case No. 3:26-cv-01623-MAD-MJK<br><br>**[PROPOSED] ORDER TO SHOW CAUSE FOR AN EXPEDITED BRIEFING SCHEDULE** |

Mae A. D'Agostino, District Judge:

Upon consideration of Plaintiffs' Notice of Emergency Motion for a Preliminary Injunction and Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction, along with its accompanying declarations and exhibits:

**IT IS HEREBY ORDERED** that Defendants SUNY Broome Community College, The Board of Trustees of SUNY Broome Community College, Tony D. Hawkins, Carol Ross-Scott, and Nicholas M. Kocieniewski (collectively, "Defendants"), shall show cause before this Court why an order should not be issued, pursuant to Rule 65 of the Federal Rule of Civil Procedure, (1) preliminarily enjoining Defendants from denying Plaintiffs official recognition as a student group because they require that their student leaders agree with their religious beliefs; (2) requiring that Defendants grant recognition to Plaintiffs, along with all the benefits of such recognition, while this litigation is ongoing; and (3) awarding to Plaintiffs such other relief as the Court may deem equitable, just, and proper.

**IT IS FURTHER ORDERED** that this order is binding on all Defendants and their officers, agents, servants, employees, and attorneys, as well as all persons who are in active concert or participation with any of the foregoing.

**IT IS FURTHER ORDERED** that, because Plaintiffs have provided sufficient reasons that the standard briefing schedule under Local Rule 7.1 cannot be followed for Plaintiffs' motion for a preliminary injunction, the Court will employ an expedited procedure under Local Rule 7.1(e) given the claimed irreparable First Amendment harm raised in Plaintiffs' application.

**IT IS FURTHER ORDERED** that Defendants shall submit a brief in opposition on this issue that complies with Local Rule 7.1 on or before ______________________________________ ___________________.

**IT IS FURTHER ORDERED** that Plaintiffs shall submit a brief in reply on this issue that complies with Local Rule 7.1 on or before ______________________________________________ ____________.

**IT IS FURTHER ORDERED** that the Court shall hold a preliminary injunction order hearing on ________________________. The hearing shall be held at _______________________ ____________________________________________________.

**IT IS FURTHER ORDERED** that a copy of this Order, together with the papers upon which it is granted, as set forth above, be personally served upon the defendants or their attorneys on or before________________________________________ , 2026, and that such service be deemed good and sufficient.

Dated ___________________________

___________________________________

The Hon. Mae A. D'Agostino
United States District Judge