**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INTERVARSITY CHRISTIAN FELLOWSHIP/ USA, et al.,<br>*Plaintiffs*,<br>v.<br>SUNY BROOME COMMUNITY COLLEGE, et al.,<br>*Defendants*. | Case No. 3:26-cv-01623-MAD-MJK<br><br>**[PROPOSED] ORDER FOR ENTERING A PRELIMINARY INJUNCTION** |

THIS MATTER comes before the Court on Plaintiffs' Notice of Emergency Motion for a Preliminary Injunction. Upon consideration of the papers filed and arguments made in support of and in opposition to this motion, the Court hereby GRANTS Plaintiffs' motion for a preliminary injunction.

Plaintiffs have demonstrated a likelihood of success on the merits of their claims under the Religion Clauses of the First Amendment to the U.S. Constitution (Counts I and II), the Free Exercise Clause of the First Amendment (Counts III and IV), the Free Speech Clause of the First Amendment (Counts VIII and IX), and the rights to freedom of association under the First Amendment (Count VII). Additionally, Plaintiffs have shown that without relief they would suffer irreparable harm, and that the harms to their rights outweigh any harm to Defendants' interests. Further, the public interest favors protection of Plaintiffs' constitutional rights. It is hereby ORDERED:

Defendants, their agents and employees, and all those acting in concert with them, are ENJOINED from denying Plaintiffs recognized status as a student group because of the leadership

selection practices of InterVarsity or its affiliated chapters, provided that InterVarsity and its affiliated chapters do not materially alter their leadership selection practices from those described by Plaintiffs in their motion.

Defendants shall accordingly grant official club recognition to Plaintiffs, along with all the benefits of such approval, while this litigation is ongoing.

This Court has exercised its discretion to determine that no bond shall be required.

Dated ________________________

______________________________

The Hon. Mae A. D'Agostino
United States District Judge