**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**INTERVARSITY CHRISTIAN FELLOWSHIP/ USA and INTERVARSITY CHRISTIAN FELLOWSHIP OF SUNY BROOME,**

**Plaintiffs,**

**vs.** **3:26-CV-1623 (MAD/MJK)**

**SUNY BROOME COMMUNITY COLLEGE, *et al.*,**

**Defendants.**

---

**ORDER TO SHOW CAUSE**

Upon reviewing the Complaint filed in the above-captioned matter, Plaintiffs' Emergency Motion for an Order to Show Cause Seeking a Preliminary Injunction, all documents submitted in support thereof, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants show cause why an Order should not be issued pursuant to Federal Rule of Civil Procedure 65 (1) preliminarily enjoining Defendants from denying Plaintiffs official recognition as a student group because they require their student leaders to agree with their religious beliefs; and (2) requiring that Defendants grant recognition to Plaintiffs, along with all the benefits of such recognition, while the case is pending.

**IT IS FURTHER ORDERED** that

a. Any papers in opposition shall be filed and served on or before Monday, September 21, 2026, at 5:00 P.M. EST;

b. Any reply papers shall be filed and served on or before Wednesday, September 30, 2026, at 5:00 P.M.EST; and

c. The Court will determine whether a hearing is necessary upon review of the papers.

**IT IS FURTHER ORDERED** that service of a copy of this Order to Show Cause, together with the papers upon which it is based, upon counsel for Defendants by personal service, and/or email on or before Monday, August 31, 2026, at 5:00 P.M. shall be deemed good and sufficient service.

Dated: August 30, 2026
Albany, New York

Hon. Mae A. D'Agostino
United States District Judge