**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

INTERVARSITY CHRISTIAN FELLOWSHIP/ USA, et al.,

*Plaintiffs*,

v.

SUNY BROOME COMMUNITY COLLEGE, et al.,

*Defendants*.

Case No. 3:26-cv-1623-MAD-MJK

**AFFIRMATION OF COLTEN L. STANBERRY**

Colten L. Stanberry, an attorney duly admitted *pro hac vice* to practice law in this matter, affirms the following under penalty of perjury.

1. On August 30, 2026, this Court entered an Order to Show Cause, setting a briefing schedule on Plaintiffs' emergency motion for a preliminary injunction and ordering that provision of the Court's Order to Show Cause, along with the papers upon which that Order was based, upon counsel for Defendants via either personal service or email on or before Monday, August 31, 2026, at 5:00 PM would be good and sufficient service.

2. On August 30, I emailed a copy of the Court's Order to Show Cause, along with Plaintiffs' Emergency Motion for a Preliminary Injunction and supporting papers, to Cheryl Sullivan, the Broome County Attorney; Joshua Terrell, an attorney within the Broome County Law Department who regularly attends Board meetings for the Defendant Board; and the Broome County Law Department email address (BCLAW@BroomeCountyNY.gov). Plaintiffs had also sent a copy of all the preliminary-injunction papers to these same individuals via email at 8:31 PM EST on Friday, August 28, 2026—shortly after Plaintiffs had filed their emergency motion for a preliminary injunction that evening. Also that same night, Plaintiffs sent copies of the preliminary injunction papers to each Defendant via first-class U.S. mail.

3. No one from the Broome County Law Department has responded to either email, though Ms. Sullivan did respond to earlier emails from Plaintiffs' counsel sent to her email address. Out of an abundance of caution, Plaintiffs proceeded to effectuate personal service upon Defendants.

4. To ensure that Defendants had all the relevant documents and information, Plaintiffs included in the packet of documents served (1) a copy of the Court's August 30 Show Cause Order (Dkt. 25), (2) Notice of Plaintiffs' Emergency Motion for a Preliminary Injunction (Dkt. 24); Plaintiffs' Memorandum of Law in Support of Plaintiffs' Emergency Motion for a Preliminary Injunction (Dkt. 24-1); the Declaration of Caleb Angell and its accompanying exhibits (Dkts. 24-2 to 24-7); the Declaration of Gregory L. Jao and its accompanying exhibits (Dkts. 24-8 to 24-15); the Declaration of Sophia Chan and its accompanying exhibits (Dkts. 24-16 to 24-26); the Declaration of Jacob Sonner and its accompanying exhibits (Dkts. 24-27 to 24-36); the Proposed Order to Show Cause for an Expedited Briefing Schedule (Dkt. 24-37); and the Proposed Order for Entering a Preliminary Injunction (Dkt. 24-38).

5. Process servers personally served all these filings on the Board of Trustees of SUNY Broome Community College; President Hawkins, in his official capacity and on behalf of SUNY Broome Community College; and Carol Ross-Scott, in her official capacity by 2:55 PM EST on August 31, 2026, in accordance with Federal Rule of Civil Procedure 5. Process servers personally served Dr. Kocieniewski in his official capacity by 4:31 PM EST. Plaintiffs have attached the four corresponding proofs of service to this Affirmation.

Respectfully submitted this 31st day of August, 2026

Colten L. Stanberry