AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

INTERVARSITY CHRISTIAN FELLOWSHIP et al., )
*Plaintiff* )
v. ) Case No. 3:26-cv-01623
SUNY BROOME COMMUNITY COLLEGE, et al., )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SUNY BROOME COMMUNITY COLLEGE, THE BOARD OF TRUSTEES of SUNY BROOME COMMUNITY COLLEGE, DR. TONY D. HAWKINS, DR. CAROL ROSS-SCOTT, and DR. NICHOLAS M. KOCIENIEWSKI

Date: 09/17/2026

/s/Jacqueline Zahn
*Attorney's signature*

Jacqueline Zahn (706206)
*Printed name and bar number*

BOND, SCHOENECK & KING
One Lincoln Center
Syracuse, NY 13202
*Address*

jzahn@bsk.com
*E-mail address*

(315) 218-8080
*Telephone number*

*FAX number*