BOND SCHOENECK & KING

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**SUZANNE M. MESSER**
messers@bsk.com
P: 315-218-8628

September 17, 2026

**VIA ELECTRONIC FILING**

Honorable Mae A. D'Agostino
United States District Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Courtroom 5
Albany, New York 12207

Re: *InterVarsity Christian Fellowship/USA, et al. v. SUNY Broome Community College, et al. Case No. 3:26-cv-01623-MAD-MJK*

Dear Judge D'Agostino:

We represent Defendants in the above-referenced matter. Pursuant to Local Rule 7.1 and without opposition from Plaintiffs' counsel, Defendants respectfully request a brief modification of the briefing schedule for Plaintiffs' motion for a preliminary injunction and an extension of Defendants' time to answer or otherwise respond to the Complaint.

Currently, Defendants' papers in opposition to Plaintiffs' motion for a preliminary injunction are due on September 21, 2026. Defendants request a one-week adjournment of Defendants' opposition deadline to September 28, 2026, and that Plaintiffs' reply deadline correspondingly be extended to October 7, 2026.

In addition, Defendants respectfully request that their deadline to answer or otherwise respond to the Complaint likewise be extended to September 23, 2026. This is the first request for these extensions.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Suzanne Messer

Suzanne M. Messer

cc: All Counsel of Record **Via ECF**