BOND SCHOENECK & KING

One Lincoln Center | Syracuse, New York 13202-1355 | **bsk.com**

**JACQUELINE E. ZAHN ESQ.**
jzahn@bsk.com
P: 315.218.8080

October 22, 2026

**VIA MFT**

Clerk of the Court
United States District Court
Northern District of New York

Re: *InterVarsity Christian Fellowship/USA et al. v. SUNY Broome Community College et al. 3:26-cv-01623-MAD-MJK*

Dear Clerk of the Court:

Our firm represents Defendants in the above-captioned matter. Defendants previously filed the declaration of Nicholas M. Kocieniewski in opposition to Plaintiffs' motion for a preliminary injunction, which included Exhibits D (ECF No. 32-5), G (ECF No. 32-8), and M (ECF No. 32-14). Defendants subsequently discovered that these exhibits contained street address information that should have been redacted pursuant to Local Rule 5.2.

Upon identifying the issue, counsel contacted Judge D'Agostino's Chambers and was advised to submit redacted versions of the exhibits through MFT for substitution on the docket. Accordingly, Defendants submit, through MFT, redacted versions of Exhibits D, G, and M. The exhibits are otherwise identical to those previously filed.

Thank you for your attention to this matter.

Respectfully,

BOND, SCHOENECK & KING, PLLC

Jacqueline E. Zahn