# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**John M. Domurad**
**Clerk of Court**

**Maurice L. Christopher**
**Chief Deputy**

**Lori M. Welch**
**Chief Deputy**

**Federal Building and Courthouse**
**P.O. Box 7367**
**Syracuse, New York 13261-7367**
**(315) 234-8500**

## SUPPLEMENTAL ELECTRONIC NOTICE OF CIVIL INTERLOCUTORY APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on November 9, 2026 the court received a notice of interlocutory appeal. This notice serves to inform you of the pending interlocutory appeal and provides you with the information needed to process the interlocutory appeal.

**Please be advised of the following docket entries:**

**11/16/2026 [40] CIVIL CASE MANAGEMENT PLAN by InterVarsity Christian Fellowship of SUNY Broome, InterVarsity Christian Fellowship/USA**

**11/18/2026 [41] MEMORANDUM OF LAW re 38 Motion for Preliminary Injunction,, IN OPPOSITION TO MOTION filed by Tony D. Hawkins, Nicholas M. Kocieniewski, Carol Ross-Scott, SUNY Broome Community College**

I, John M. Domurad, Clerk, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents are not available electronically. Please notify the Syracuse Clerk's Office if you need any of the following documents:

Docket No.(s): [6], [7], [8], and [32]

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, November 19, 2026.

Clerk of Court

By: Olivia Amoia, Deputy Clerk

# Case Information

Case Name: InterVarsity Christian Fellowship/USA et al v. SUNY Broome Community College et al
Case No.: 3:26-cv-1623 (MAD/MJK)
Docket No. Appealed: [36] Notice of Interlocutory Appeal
Document Appealed: [35] Memorandum-Decision and Order

Fee Status: __X__ Paid
_____ Due
_____ Waived (IFP/CJA)
_____ IFP revoked
_____ Application Attached
_____ IFP pending before USDJ

Counsel: __X__ Retained
_____ Pro Se

Time Status: __X__ Timely
_____ Untimely

Certificate of Appealability: _____ Granted
_____ Denied
__X__ N/A

**$605 Appeal fee received on 11/9/2026. Receipt no. ANYNDC-7846968**